US DISTRICT COURT INDEX SHEET

















MEG          '

3:99-CV-387 AURORA BIOSCIENCES V. ANTICANCER

*1*

*CMP*

# ORIGINAL

1  James F. Lesniak (State Bar No. 115,889)
   Frederick S. Berretta (State Bar No. 144,757)
2  Eric S. Furman, Ph.D. (State Bar No. 199,233)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  501 West Broadway
   Fourteenth Floor
4  San Diego, CA  92101
   (619) 235-8550
5  (619) 235-0176 (FAX)

6  Attorneys for Plaintiff
   AURORA BIOSCIENCES CORPORATION

99 MAR 11  PM 3: 55

DEPUTY

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AURORA BIOSCIENCES<br>CORPORATION,<br>a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTICANCER, INC.,<br>a California corporation,<br><br>    Defendant. | Civil Action No. 99 CV 387 E (POR)<br><br>**COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 5,625,048 AND 5,777,079**<br><br>**DEMAND FOR JURY TRIAL** |

20          Plaintiff AURORA BIOSCIENCES CORPORATION ("AURORA") hereby

21  complains of Defendant ANTICANCER, INC. ("ANTICANCER"), and alleges as follows:

## JURISDICTION AND VENUE

23          1.    The First and Second Claims of this action for patent infringement arise

24  under the patent laws of the United States, Title 35, United States Code, more particularly

25  35 U.S.C. §§ 271 and 281.

26          2.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and

27  1338(a).

28          3.    Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

-1-

## THE PARTIES

4.    Plaintiff AURORA is a Delaware corporation with its principal place of business at 11010 Torreyana Road, San Diego, California.

5.    AURORA is informed and believes, and on that basis alleges, that Defendant ANTICANCER is a California corporation with its principal place of business at 7917 Ostrow Street, San Diego, California.

6.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER does business in this judicial district and has committed acts of infringement in this judicial district.

7.    AURORA is the exclusive licensee of United States Patent Nos. 5,625,048 ("the '048 patent") and 5,777,079 ("the '079 patent"), duly and lawfully issued on April 29, 1997 and July 7, 1998, respectively.  A true and correct copy of the '048 and '079 patents are attached hereto as Exhibits A and B.

## FIRST CLAIM FOR RELIEF

8.    AURORA hereby incorporates by reference paragraphs 1-7 as if restated herein.

9.    This is a claim for patent infringement under 35 U.S.C. §§ 271 and 281.

10.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER has been and still is infringing the '048 patent under § 271(a) by making, using, selling and offering for sale modified nucleic acids encoding fluorescent proteins claimed in the '048 patent.  AURORA is further informed and believes, and on that basis alleges, that ANTICANCER's infringement of the '048 patent under § 271(a) will continue unless enjoined by this Court.

11.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER has been and still is knowingly and intentionally inducing others to directly infringe the '048 patent under § 271(a), thereby inducing infringement of the '048 patent under § 271(b).  AURORA is further informed and believes, and on that basis

/ / /

alleges, that ANTICANCER's inducement of others to infringe the '048 patent under § 271(a) will continue unless enjoined by this Court.

12.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER has been and still is contributorily infringing the '048 patent under § 271(c) by providing cells, mice, and other tangible items which are especially made or especially adapted for infringing use and not staple articles or commodities of commerce suitable for substantial noninfringing use. AURORA is further informed and believes, and on that basis alleges, that ANTICANCER's infringement of the '048 patent under § 271(c) will continue unless enjoined by this Court.

13.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER is willfully infringing the '048 patent in a manner described above in paragraphs 10-12, and will continue to do so unless enjoined by this Court.

14.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER has derived, received, and will continue to derive and receive from the aforesaid acts of infringement gains, profits, and advantages, tangible and intangible, the extent of which are not presently known to AURORA. By reason of the aforesaid acts of infringement, AURORA has been, and will continue to be, greatly damaged.

**SECOND CLAIM FOR RELIEF**

15.    AURORA hereby incorporates by reference paragraphs 1-7 as if restated herein.

16.    This is a claim for patent infringement under 35 U.S.C. §§ 271 and 281.

17.    AURORA is informed and believes, and on that basis alleges, that ANTICANCER has been and still is infringing the '079 patent under § 271(a) by making, using, selling and offering for sale fluorescent proteins claimed in the '079 patent. AURORA is further informed and believes, and on that basis alleges, that ANTICANCER's infringement of the '079 patent under § 271(a) will continue unless enjoined by this Court.

/ / /

-3-

18. AURORA is informed and believes, and on that basis alleges, that ANTICANCER has been and still is knowingly and intentionally inducing others to directly infringe the '079 patent under § 271(a), thereby inducing infringement of the '079 patent under § 271(b). AURORA is further informed and believes, and on that basis alleges, that ANTICANCER's inducement of others to infringe the '079 patent under § 271(a) will continue unless enjoined by this Court.

19. AURORA is informed and believes, and on that basis alleges, that ANTICANCER has been and still is contributorily infringing the '079 patent under § 271(c) by providing cells, mice, and other tangible items which are especially made or especially adapted for infringing use and not staple articles or commodities of commerce suitable for substantial noninfringing use. AURORA is further informed and believes, and on that basis alleges, that ANTICANCER's infringement of the '079 patent under § 271(c) will continue unless enjoined by this Court.

20. AURORA is informed and believes, and on that basis alleges, that ANTICANCER is willfully infringing the '079 patent in a manner described above in paragraphs 17-19, and will continue to do so unless enjoined by this Court.

21. AURORA is informed and believes, and on that basis alleges, that ANTICANCER has derived, received, and will continue to derive and receive from the aforesaid acts of infringement gains, profits and advantages, tangible and intangible, the extent of which are not presently known to AURORA. By reason of the aforesaid acts of infringement, AURORA has been, and will continue to be, greatly damaged.

## PRAYER FOR RELIEF

WHEREFORE, AURORA prays for relief as follows:

A. That ANTICANCER be adjudged to have infringed the '048 and '079 patents under 35 U.S.C. § 271(a);

B. That ANTICANCER be adjudged to have infringed the '048 and '079 patents under 35 U.S.C. § 271(b) by inducing others to directly infringe the '048 and '079 patents under 35 U.S.C. § 271(a);

1   C.   That ANTICANCER be adjudged to have contributorily infringed the '048

2   and '079 patents under 35 U.S.C. § 271(c);

3   D.   That ANTICANCER be adjudged to have willfully infringed the '048 and

4   '079 patents under 35 U.S.C. §§ 271(a), (b), and (c);

5   E.   That ANTICANCER, its officers, agents, servants, employees and attorneys,

6   and those persons in active concert or participation with them be permanently restrained

7   and enjoined under 35 U.S.C. § 283 from directly or indirectly infringing the '048 and

8   '079 patents;

9   F.   That the Court award damages to compensate AURORA for

10  ANTICANCER's infringement, as well as enhanced damages, pursuant to 35 U.S.C.

11  § 284;

12  G.   That the Court assess pre-judgment and post-judgment interests and costs

13  against ANTICANCER, and award such interests and costs to AURORA, pursuant to 35

14  U.S.C. § 284;

15  H.   That the Court award AURORA its attorneys' fees pursuant to 35 U.S.C.

16  § 285; and;

17  I.   That AURORA have such other and further relief as this Court may deem

18  just and proper.

19

20  Respectfully submitted,

21  KNOBBE, MARTENS, OLSON & BEAR, LLP

22

23  Dated: March 11, 1999          By: _____

24                                  Frederick S. Berretta

25  Attorneys for Plaintiff
    AURORA BIOSCIENCES CORPORATION

26  FSB-4109

27

28

## DEMAND FOR JURY TRIAL

AURORA hereby demands a trial by jury as to all issues triable by jury, specifically including, but not limited to, the issue of infringement of United States Patent Nos. 5,625,048 and 5,777,079.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 11, 1999

By: _____
Frederick S. Berretta

Attorneys for Plaintiff
AURORA BIOSCIENCES CORPORATION

FSB-4109

-6-

US005625048A

# United States Patent [19]

## Tsien et al.

[11] Patent Number: 5,625,048

[45] Date of Patent: Apr. 29, 1997

[54] **MODIFIED GREEN FLUORESCENT PROTEINS**

[75] Inventors: **Roger Y. Tsien**, La Jolla; **Roger Heim**, Del Mar, both of Calif.

[73] Assignee: **The Regents of the University of California**

[21] Appl. No.: 337,915

[22] Filed: **Nov. 10, 1994**

[51] Int. Cl.$^6$ ............................ C07H 21/04

[52] U.S. Cl. ..................... 536/23.4; 435/6; 536/23.5

[58] Field of Search ..................... 435/6; 536/23.5, 536/23.4

[56] **References Cited**

**PUBLICATIONS**

Ehrig et al. (1995) *FEBS Letters* 367 (2):163–166. Green–fluorescent protein mutants with altered fluorescence excitation spectra.

Heim et al. (1994) *PNAS* 91 (26):12501–12505. Wavelength mutations and posttranslational autoxidation of green fluorescent protein.

Delagrave et al. (1995) *Bio/Technology* 13:151–154. Red–Shifted Excitation Mutants of the Green Fluorescent Protein.

Kain et al. (1995) *BioTechniques* 19 (4):650–655. Green Fluorescent Protein as a Reporter of Gene Expression and Protein Localization.

Heim et al. (1995) *Nature* 373:663–664. Improved green fluorescence.

Cody, C. W. et al., *Biochemistry* 32, 1212–1218 (1993).

Prasher, D. C. et al., *Gene* 111, 229–233 (1992).

Chalfie, M. et al., *Science* 263, 802–805 (1994).

Ward, W. W. & Bokman, S. H., *Biochemistry* 21, 4535–4540 (1982).

Surpin, M. A. & Ward, W. W., *Photochem. Photobiol.* 49, Abstract, 25S (1989).

Muhlrad, D. et al., *Yeast* 8, 79–82 (1992).

Primary Examiner—Jasemine C. Chambers
Assistant Examiner—Scott D. Priebe
Attorney, Agent, or Firm—Townsend and Townsend and Crew, L.L.P.

[57] **ABSTRACT**

Modifications in the sequence of Aequorea wild-type GFP provide products having markedly different excitation and emission spectra from corresponding products from wild-type GFP. In one class of modifications, the product derived from the modified GFP exhibits an alteration in the ratio of two main excitation peaks observed with the product derived from wild-type GFP. In another class, the product derived from the modified GFP fluoresces at a shorter wavelength than the corresponding product from wild-type GFP. In yet another class of modifications, the product derived from the modified GFP exhibits only a single excitation peak and enhanced emission relative to the product derived from wild-type GFP.

**25 Claims, 6 Drawing Sheets**

**U.S. Patent**          Apr. 29, 1997          Sheet 1 of 6          **5,625,048**



*FIG. 1*

FIG. 2

EXHIBIT    A    PAGE   3   OF  15

**U.S. Patent**       Apr. 29, 1997       Sheet 3 of 6       **5,625,048**

## FIG. 3a



## FIG. 3b



EXHIBIT   A   PAGE  4  OF  15

U.S. Patent          Apr. 29, 1997          Sheet 4 of 6          5,625,048

## FIG. 4a



## FIG. 4b



# FIG. 5



**U.S. Patent**          Apr. 29, 1997          Sheet 6 of 6          5,625,048

## FIG. 6a



## FIG. 6b



5,625,048

| 1 | 2 |

## MODIFIED GREEN FLUORESCENT PROTEINS

This invention was made with Government support under Grant No. NS27177, awarded by the National Institute of Health. The Government has certain rights in this invention.

### BACKGROUND OF THE INVENTION

This invention relates generally to the fields of biology and chemistry. More particularly, the invention is directed to modified fluorescent proteins and to methods for the preparation and use thereof.

In biochemistry, molecular biology and medical diagnostics, it is often desirable to add a fluorescent label to a protein so that the protein can be easily tracked and quantified. The normal procedures for labeling requires that the protein be covalently reacted in vitro with fluorescent dyes, then repurified to remove excess dye and any damaged protein. If the labeled protein is to be used inside cells, it usually has to be microinjected; this is a difficult and time-consuming operation that cannot be performed on large numbers of cells. These problems may, however, be eliminated by joining a nucleotide sequence coding for the protein of interest with the sequence for a naturally fluorescent protein, then expressing the fusion protein.

The green fluorescent protein (GFP) of the jellyfish *Aequorea victoria* is a remarkable protein with strong visible absorbance and fluorescence from a p-hydroxy-benzylideneimidazolone chromophore, which is generated by cyclization and oxidation of the protein's own Ser-Tyr-Gly sequence at positions 65 to 67. A cDNA sequence [SEQ ID NO:1] for one isotype of GFP has been reported [Prasher, D.C. et al., *Gene* 111, 229–233 (1992)]; cloning of this cDNA has enabled GFP expression in different organisms. The finding that the expressed protein becomes fluorescent in cells from a wide variety of organisms [Chalfie, M. et al., *Science* 263, 802–805 (1994)] makes GFP a powerful new tool in molecular and cell biology and indicates that the oxidative cyclization must be either spontaneous or dependent only on ubiquitous enzymes and reactants.

A major question in protein photophysics is how a single chromophore can give widely different spectra depending on its local protein environment. This question has received the most attention with respect to the multiple colors of visual pigments based on retinal [Merbs, S. L. & Nathans, J. *Science* 258, 464–466 (1992)], but is also important in GFP. The GFP from Aequorea and that of the sea pansy *Renilla reniformis* share the same chromophore, yet Aequorea GFP has two absorbance peaks at 395 and 475 nm, whereas Renilla GFP has only a single absorbance peak at 498 nm, with about 5.5 fold greater monomer extinction coefficient than the major 395 nm peak of the Aequorea protein [Ward, W. W. in *Bioluminescence and Chemiluminescence* (eds. DeLuca, M. A. & McElroy, W. D.) 235–242 (Academic Press, New York, 1981)]. The spectra of the isolated chromophore and denatured protein at neutral pH do not match the spectra of either native protein [Cody, C. W. et al., *Biochemistry* 32, 1212–1218 (1993)].

For many practical applications, the spectrum of Renilla GFP would be preferable to that of Aequorea, because wavelength discrimination between different fluorophores and detection of resonance energy transfer are easier if the component spectra are tall and narrow rather than low and broad. Furthermore, the longer wavelength excitation peak (475 nm) of Aequorea GFP is almost ideal for fluorescein

filter sets and is resistant to photobleaching, but has lower amplitude than the shorter wavelength peak at 395 nm, which is more susceptible to photobleaching [Chalfie et al. (1994), supra]. For all these reasons, it would clearly be advantageous to convert the Aequorea GFP excitation spectrum to a single peak, and preferably at longer wavelengths.

Accordingly, it is an object of the present invention to provide improved fluorescent proteins which do not suffer from the drawbacks of native Aequorea GFP.

### SUMMARY OF THE INVENTION

In accordance with the present invention, it has been determined that particular modifications in the polypeptide sequence of an Aequorea wild-type GFP [SEQ ID NO:2] lead to formation of products having markedly different excitation and emission spectra from corresponding products derived from wild-type GFP. Visibly distinct colors and/or increased intensities of emission make these products useful in a wide variety of contexts, such as tracking of differential gene expression and protein localization.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention may be better understood with reference to the accompanying drawings, in which:

FIG. 1 compares different versions of GFP by gel electrophoresis and Coomassie blue staining;

FIG. 2 illustrates a proposed biosynthetic scheme for GFP;

FIGS. 3a and 3b illustrate the excitation and emission spectra of wild-type and a first group of mutant GFPs;

FIGS. 4a and 4b illustrate the excitation and emission spectra of wild-type and a second group of mutant GFPs;

FIG. 5 illustrates the rate of fluorophore formation in the wild-type GFP and the Ser 65→Thr mutant; and

FIGS. 6a and 6b illustrate the behavior of wild-type GFP and the Ser 65→Thr mutant, respectively, upon progressive irradiation with ultraviolet light.

### DETAILED DESCRIPTION OF THE INVENTION

GFP was expressed in *E. coli* under the control of a T7 promoter for quantitative analysis of the properties of the recombinant protein. Gel electrophoresis under denaturing conditions showed protein of the expected molecular weight (27 kDa) as a dominant band (FIG. 1), which could be quantified simply by densitometry of staining with Coomassie blue. Soluble recombinant GFP proved to have identical spectra and the same or even slightly more fluorescence per mole of protein as GFP purified from *Aequorea victoria*, showing that the soluble protein in *E. coli* undergoes correct folding and oxidative cyclization with as high an efficiency as in the jellyfish.

The bacteria also contained inclusion bodies consisting of protein indistinguishable from jellyfish or soluble recombinant protein on denaturing gels (FIG. 1). However, this material was completely non-fluorescent, lacked the visible absorbance bands of the chromophore, and could not be made fluorescent even when solubilized and subjected to protocols that renature GFP [Ward, W. W. & Bokman, S. H., *Biochemistry* 21, 4535–4540 (1982); Surpin, M. A. & Ward, W. W., *Photochem. Photobiol.* 49. Abstract. 25S (1989)]. Therefore, protein from inclusion bodies seemed permanently unable to generate the internal chromophore. An interesting intermediate stage in protein maturation could be

EXHIBIT A PAGE 8 OF 15

5,625,048

3

generated by growing the bacteria anaerobically. The soluble protein again looked the same as GFP on denaturing gels (FIG. 1) but was non-fluorescent. In this case, fluorescence gradually developed after admission of air, even when fresh protein synthesis was blocked using puromycin and tetracycline. Evidently, the soluble non-fluorescent protein synthesized under anaerobic conditions was ready to become fluorescent once atmospheric oxygen was readmitted. The fluorescence per protein molecule approached its final asymptotic value with a single-exponential time course and a rate constant of $0.24 \pm 0.06$ hr$^{-1}$ (at 22° C.) measured either in intact cells with protein-synthesis inhibitors or in a lysate in which the soluble proteins and cofactors were a thousand fold more dilute. Such pseudo-first order kinetics strongly suggest that no enzymes or cofactors are necessary for the final step of fluorophore formation in GFP.

It has thus been established that formation of the final fluorophore requires molecular oxygen and proceeds in wild-type protein with a time constant of ~4 h at 22° C. and atmospheric pO$_2$. This was independent of dilution, implying that the oxidation does not require enzymes or cofactors.

A molecular interpretation is presented in FIG. 2. If the newly translated apoprotein (top left) evades precipitation into inclusion bodies, the amino group of Gly 67 might cyclize onto the carbonyl group of Ser 65 to form an imidazolidin-5-one, where the process would stop (top center) if O$_2$ is absent. The new N=C double bond would be expected to promote dehydrogenation to form a conjugated chromophore; imidazolidin-5-ones are indeed known to undergo autoxidative formation of double bonds at the 4-position [Kjaer, A. *Acta Chem. Scand.* 7, 1030–1035 (1953); Kidwai, A. R. & Devasia, G. M. *J. Org. Chem.* 27, 4527–4531 (1962)], which is exactly what is necessary to complete the fluorophore (upper right). The protonated and deprotonated species (upper and lower right) may be responsible for the 395 and 470–475 nm excitation peaks, respectively. The excited states of phenols are much more acidic than their ground states, so that emission would come only from a deprotonated species.

The *Aequorea* GFP cDNA was subjected to random mutagenesis by hydroxylamine treatment or polymerase chain reaction. Approximately six thousand bacterial colonies on agar plates were illuminated with alternating 395 and 475 nm excitation and visually screened for altered excitation properties or emission colors.

According to a first aspect of the present invention, modifications are provided which result in a shift in the ratio of the two excitations peaks of the product after oxidation and cyclization relative to the wild type. Three mutants were found with significant alterations in the ratio of the two main excitation peaks (Table I). The mutations were sequenced and recombined with the wild-type gene in different ways to eliminate neutral mutations and assign the fluorescence effects to single amino acid substitutions, except for H9 where two neighboring mutations have not yet been separated. They all lay in the C terminal part of the protein (Table I), remote in primary sequence from the chromophore formed from residues 65–67.

These and other modifications are defined herein with reference to the amino acid sequence [SEQ ID NO:2] encoded by the reported cDNA [SEQ ID NO:1]; the first amino acid identified is the one found at the indicated location in the reported sequence, while the second indicates the substitution found in the modified form. The fluorescent product derived from a wild-type or modified GFP polypeptide sequence is no longer strictly speaking a simple

4

polypeptide after oxidation and cyclization; however, reference is sometimes made for sake of simplicity herein to the polypeptide (e.g., "wild-type GFP" or "modified GFP") where what is intended would be obvious from the context. Compared with wild-type GFP, H9 (Ser 202→Phe, Thr 203→Ile) had increased fluorescence at 395 nm excitation; P9 (Ile 167→Val) and P11 (Ile 167→Thr) were more fluorescent at 475 nm excitation.

One possibility for these spectral perturbations in P9 and P11 is that the mutations at Ile 167 shift a positive charge slightly closer to the phenolic group of the fluorophore; this should both increase the percentage of phenolic anion, which is probably the species responsible for the 470–475 nm excitation peak, and shift the emission peak hypsochromically. However, the hypothesized ionizable phenolic group would have to be buried inside the protein at normal pH, because the ratio of 471 to 396 nm peaks in the mutants could not be further affected by external pH until it was raised to 10, just below the threshold for denaturation. The pH-sensitivity of wild-type GFP is similar [Ward, W. W. et al., *Photochem. Photobiol.* 35, 803–808 (1982)].

According to another aspect of the invention, a fourth mutant P4 (Tyr 66→His) was identified which was excitable by ultraviolet and fluoresced bright blue in contrast to the green of wild type protein. The excitation and emission maxima were hypsochromically shifted by 14 and 60 nm respectively from those of wild-type GFP. The mutated DNA was sequenced and found to contain five amino acid substitutions, only one of which proved to be critical: replacement of Tyr 66 in the center of the chromophore by His (corresponding to a change in the GFP cDNA sequence [SEQ ID NO:1] at 196–198 from TAT to CAT).

The surprising tolerance for substitution at this key residue prompted further site-directed mutagenesis to Trp and Phe at this position. Trp gave excitation and emission wavelengths intermediate between Tyr and His (Table 1) but was only weakly fluorescent, perhaps due to inefficiency of folding or chromophore formation due to steric considerations. Phe gave no detectable fluorescence. Accordingly, pursuant to this aspect of the invention modified GFP proteins which fluoresce at different wavelengths (preferably, different by at least 10 nm and more preferably, by at least 50 nm) relative to the native protein are provided, for example, those wherein Tyr 66 is replaced by His or Trp.

Pursuant to yet another aspect of the present invention, modified GFP proteins are provided which provide substantially more intense fluorescence per molecule than the wild type protein. Modifications at Ser 65 to Ala, Leu, Cys, Val, Ile or Thr provide proteins with red-shifted and brighter spectra relative to the native protein. In particular, the Thr mutant (corresponding to a change in the GFP cDNA sequence [SEQ ID NO:1] at 193–195 from TCT to ACT) and Cys mutant (corresponding to a change in the GFP cDNA sequence [SEQ ID NO:1] at 193–195 from TCT to TGT) are about six times brighter than wild type when excited at the preferred long-wavelength band above 450 nm. As a consequence, these modified proteins are superior to wild type proteins for practically all applications. Further, the brightness of these modified proteins matches the brightness reported in the literature for *Renilla* GFP; thus, these proteins clearly obviate the objections to the dimness of *Aequorea* GFP. In fact, it is speculated that the chromophores in these modified proteins may exhibit the optimum brightness which could be achieved with a general structure derived from the *Aequorea* GFP chromophore. In particular, these mutations provide products exhibiting one or more of the following salient characteristics which dis-

EXHIBIT A PAGE 9 OF 15

5,625,048

5

tinguish them clearly over the corresponding product from a wild-type GFP: reduced efficiency of excitation by wavelengths between about 350 and 420 nm; enhanced excitation and emission efficiency when excited with wavelengths longer than about 450 nm; increased resistance to light-induced shifts in the excitation spectrum; and faster kinetics of fluorophore generation. In contrast, mutations to Trp, Arg. Asn. Phe and Asp did not provide improved brightness.

As would be readily apparent to those working in the field, to provide the desired fluorescent protein it would not be necessary to include the entire sequence of GFP. In particular, minor deletions at either end of the protein sequence are expected to have little or no impact on the fluorescence spectrum of the protein. Therefore, by a mutant or wild-type GFP sequence for purposes of the present invention are contemplated not only the complete polypeptide and oligonucleotide sequences discussed herein. but also functionally-equivalent portions thereof (i.e., portions of the polypeptide sequences which exhibit the desired fluorescence properties and oligonucleotide sequences encoding these polypeptide sequences). For example, whereas the chromophore itself (position 65–67) is obviously crucial, the locations of known neutral mutations suggest that amino acids 76–115 are less critical to the spectroscopic properties of the product. In addition. as would be immediately apparent to those working in the field, the use of various types of fusion sequences which lengthen the resultant protein and serve some functional purpose in the preparation or purification of the protein would also be routine and are contemplated as within the scope of the present invention. For example, it is common practice to add amino acid sequences including a polyhistidine tag to facilitate purification of the product proteins. As such fusions do not significantly alter the salient properties of the molecules comprising same, modified GFPs as described herein including such fusion sequences at either end thereof are also clearly contemplated as within the scope of the present invention.

Similarly, in addition to the specific mutations disclosed herein, it is well understood by those working in the field that in many instances modifications in particular locations in the polypeptide sequence may have no effect upon the properties of the resultant polypeptide. Unlike the specific mutations described in detail herein, other mutations provide polypeptides which have properties essentially or substantially indistinguishable from those of the specific polypeptides disclosed herein. For example, the following substitutions have been found to be neutral (i.e., have no significant impact on the properties of the protein): Lys 3→Arg; Asp 76→Gly; Phe 99→Ile; Asn 105→Ser; Glu 115→Val; Thr 225→Ser; and Lys 238→Glu. These equivalent polypeptides (and oligonucleotide sequences encoding these polypeptides) are also regarded as within the scope of the present invention. In general, the polypeptides and oligonucleotide sequences of the present invention (in addition to containing at least one of the specific mutations identified herein) will be at least about 85% homologous, more preferably at least about 90% homologous, and most preferably at least about 95% homologous, to the wild-type GFP described herein. Because of the significant difference in properties observed upon introduction of the specified modifications into a GFP sequence, the presence of the specified modifications relative to the corresponding reported sequence for wild-type GFP [SEQ ID NO:2] are regarded as central to the invention.

The oligonucleotide sequences of the present invention are particularly useful in processes for labelling polypep-

6

tides of interest, e.g., by the construction of genes encoding fluorescent fusion proteins. Fluorescence labeling via gene fusion is site-specific and eliminates the present need to purify and label proteins in vitro and microinject them into cells. Sequences encoding the modified GFPs of the present invention may be used for a wide variety of purposes as are well known to those working in the field. For example, the sequences may be employed as reporter genes for monitoring the expression of the sequence fused thereto; unlike other reporter genes, the sequences require neither substrates nor cell disruption to evaluate whether expression has be achieved. Similarly, the sequences of the present invention may be used as a means to trace lineage of a gene fused thereto during the development of a cell or organism. Further, the sequences of the present invention may be used as a genetic marker; cells or organisms labeled in this manner can be selected by, e.g., fluorescence-activated cell sorting. The sequences of the present invention may also be used as a fluorescent tag to monitor protein expression in vivo, or to encode donors or acceptors for fluorescence resonance energy transfer. Other uses for the sequences of the present invention would be readily apparent to those working in the field, as would appropriate techniques for fusing a gene of interest to an oligonucleotide sequence of the present invention in the proper reading frame and in a suitable expression vector so as to achieve expression of the combined sequence.

The availability of several forms of GFP with such different spectral properties should facilitate two-color assessment of differential gene expression, developmental fate, or protein trafficking. For example, if one wanted to screen for a drug that is specific to activate expression of gene A but not gene B, one could fuse the cDNA for one color of GFP to the promoter region of gene A and fuse the cDNA for another color to the promoter region of gene B. Both constructs would be transfected into target cells and the candidate drugs could be assayed to determine if they stimulate fluorescence of the desired color, but not fluorescence of the undesired color. Similarly, one could test for the simultaneous expression of both A and B by searching for the presence of both colors simultaneously.

As another example, to examine the precise temporal or spatial relationship between the generation or location of recombinant proteins X and Y within a cell or an organism, one could fuse genes for different colors of GFP to the genes for proteins X and Y, respectively. If desired, DNA sequences encoding flexible oligopeptide spacers could be included to allow the linked domains to function autonomously in a single construct. By examining the appearance of the two distinguishable colors of fluorescence in the very same cells or organisms, one could compare and contrast the generation or location of the proteins X and Y with much greater precision and less biological variability than if one had to compare two separate sets of cells or organisms, each containing just one color of GFP fused to either protein X or Y. Other examples of the usefulness of two colors would be obvious to those skilled in the art.

The invention may be better understood with reference to the accompanying examples, which are intended for purposes of illustration only and should not be construed as in any sense limiting the scope of the invention as defined by the claims appended hereto.

EXAMPLE 1

The coding region of GFP clone 10.1 [Prasher et al. (1992), supra] was amplified by PCR to create NdeI and

16

5,625,048

**7**

BamHI sites at the 5' and 3' ends, respectively, and was cloned behind the T7 promoter of pGEMEX2 (Promega) replacing most of the T7 gene 10. The resulting plasmid was transformed into the strain JM109(DE3) (Promega Corp., Madison, Wis.), and high level expression was achieved by growing the cultures at 24° C. to saturation without induction by IPTG. To prepare soluble extracts, 1.5 ml cell suspension were collected, washed and resuspended in 150 μl 50 mM Tris/HCl, pH 8.0, 2 mM EDTA. Lysozyme and DNAse I were added to 0.2 mg/ml and 20 μg/ml, respectively, and the samples were incubated on ice until lysis occurred (1–2 hours). The lysates were then clarified by

**8**

emission spectra were measured with 1.8 nm bandwidths and the non-scanning wavelength set to the appropriate peak. Excitation spectra were corrected with a rhodamine B quantum counter, while emission spectra (except for Y66W) were corrected for monochromator and detector efficiencies using manufacturer-supplied correction spectra. All amplitudes have been arbitrarily normalized to a maximum value of 1.0. A comparison of brightness at equal protein concentrations is provided in Table I.

TABLE I

| Characteristics of mutated vs. wild-type GFP | | | | |
|---|---|---|---|---|
| Variant | Mutation | Excitation Maxima (nm)[a] | Emission Maxima (nm)[b] | Relative[c] Fluorescence |
| Wild type | none | 396 (476) | 508 (503) | (≡100%) |
| H9 | Ser 202→Phe, Thr 203→Ile | 398 | 511 | 117%[d] |
| P9 | Ile 167→Val | 471 (396) | 502 (507) | 166%[e] |
| P11 | Ile 167→Thr | 471 (396) | 502 (507) | 188%[e] |
| P4 | Tyr 66→His | 382 | 448 | 57%[f] |
| W | Tyr 66→Trp | 458 | 480 | n.d. |

[a]Values in parentheses are lower-amplitude peaks.
[b]Primary values were observed when exciting at the main excitation peak; values in parentheses were observed when illuminating at the lower-amplitude excitation peak.
[c]Equal amounts of protein were used based on densitometry of gels stained with Coomassie Blue (FIG. 1).
[d]Emission maxima of spectra recorded at excitation 395 nm were compared.
[e]Emission maxima of spectra recorded at excitation 475 nm were compared.
[f]Emission spectrum of P4 recorded at 378 nm excitation was integrated and compared to the integrated emission spectrum of wild type recorded at 475 nm excitation; both excitation and emission characteristics were corrected.

centrifuging at 12,000×g for 15 minutes. Inclusion bodies were obtained as described in the literature [Sambrook, J. et al. in *Molecular Cloning: A Laboratory Manual* Vol. 2, 17.37–17.41 (Cold Spring Harbor Press, Cold Spring Harbor, N.Y., 1989)].

As illustrated in FIG. 1, soluble extracts of *E. coli* expressing GFP show a predominant band which is absent in extracts from control cells and has the same electrophoretic mobility as native GFP isolated from the jellyfish *A. victoria*. Inclusion bodies of expressing cells consist mainly of nonfluorescent GFP which has the same mobility as soluble GFP. Non-fluorescent soluble GFP of anaerobically grown cultures is also a major band with correct mobility. Soluble extracts of the mutated clones H9, P9, P11 and P4 again contain a dominant protein with essentially the same molecular weight.

Random mutagenesis of the GFP cDNA was done by increasing the error rate of the polymerase chain reaction with 0.1 mM MnCl₂, 50 μM dATP and 200 μM of dGTP, dCTP, and dTTP [Muhlrad, D. et al., *Yeast* 8, 79–82 (1992)]. The product was ligated into pGEMEX2 and subsequently transformed into JM109(DE3). Colonies on agar were visually screened for different emission colors and ratios of brightness when excited at 475 vs. 395 nm.

FIGS. 3a and 3b illustrate the excitation and emission spectra of wild-type and mutant GFPs. In FIGS. 3a and 3b, —— wild-type; — — — S202F.T203I; – – – I67T; — — Y66W; — •— • Y66H. Samples were soluble fractions from *E. coli* expressing the proteins at high level, except for Y66W, which was obtained in very low yield and measured on intact cells. Autofluorescence is negligible for all spectra except for those of Y66W, whose excitation spectrum below 380 nm may be contaminated by autofluorescence. Excitation and

**EXAMPLE 2**

Oligonucleotide-directed mutagenesis at the codon for Ser-65 of GFP cDNA was performed by the literature method [Kunkel, T. A. (1985) *Proc. Natl. Acad. Sci. USA* 82, 488] using the Muta-Gene Phagemid in Vitro Mutagenesis Kit version 2, commercially available from Bio-Rad, Richmond, Calif. The method employs a bacterial host strain deficient for dUTPase (dut) and uracil-N-glycosylase (ung), which results in an occasional substitution of uracil for thymine in newly-synthesized DNA. When the uracilcontaining GFP is used as a wild-type template for oligonucleotide-directed in vitro mutagenesis, the complementary (mutant) strand can be synthesized in the presence of deoxynucleotides, ligase and polymerase using the mutagenic oligonucleotide to prime DNA synthesis; the Version 2 kit utilizes unmodified T7 DNA polymerase to synthesize the complementary strand. When the heteroduplex molecule is transformed into a host with an active uracil-N-glycosylase (which cleaves the bond between the uracil base and the ribose molecule, yielding an apyrimidic site), the uracil-containing wild-type strand is inactivated, resulting in an enrichment of the mutant strand.

The coding region of GFP cDNA was cloned into the BamHI site of the phagemid pRSET_B from Invitrogen (San Diego, Calif.). This construct was introduced into the dut, ung double mutant *E. coli* strain CJ236 provided with the Muta-Gene kit and superinfected with helper phage VCSM13 (Stratagene, La Jolla, Calif.) to produce phagemid particles with single-stranded DNA containing some uracils in place of thymine. The uracil-containing DNA was purified to serve as templates for in vitro synthesis of the second strands using the mutagenic nucleotides as primers. The

5,625,048

9

DNA hybrids were transformed into the strain XL1blue (available from Stratagene), which has a functional uracil-N-glycosylase; this enzyme inactivates the parent wild-type DNA strand and selects for mutant clones. DNA of several colonies were isolated and checked for proper mutation by sequencing.

To express the mutant proteins, the DNA constructs obtained by mutagenesis were transformed into E. coli strain BL21(DE3)LysS (Novagen, Madison, Wis.), which has a chromosomal copy of T7 polymerase to drive expression from the strong T7 promotor. At room temperature 3 ml cultures were grown to saturation (typically, overnight) without induction. Cells from 1 ml of culture were collected, washed and finally resuspended in 100 μl of 50 mM Tris pH 8.0, 300 mM NaCl. The cells were then lysed by three cycles of freeze/thawing (liquid nitrogen/30° C. water bath). The soluble fraction was obtained by pelletting cell debris and unbroken cells in a microfuge.

To facilitate purification of the recombinant proteins, the vector used fuses a histidine tag (6 consecutive His) to the N-terminus of the expressed proteins. The strong interaction between histidine hexamers and Ni$^{2+}$ions permitted purification of the proteins by NI-NTA resin (available commercially from Qiagen, Chatsworth, Calif.). Microcolumns (10 μl bed volume) were loaded with 100 μl soluble extract (in 50 mM Tris pH 8.0, 300 mM NaCl), washed with 10 bed volumes of the same buffer and with 10 volumes of the buffer containing 20 mM imidazole. The recombinant proteins were then eluted with the same buffer containing 100 mM imidazole.

Aliquots of the purified mutant GFP proteins were run along with wild-type GFP on a denaturing polyacrylamide gel. The gel was stained with Coomassie blue and the protein bands were quantified by scanning on a densitometer. Based on these results, equal amounts of each version of protein were used to run fluorescence emission and excitation spectra.

FIGS. 4a and 4b compare the excitation and emission spectra of wild-type and Ser 65 mutants. In FIG. 4a, ——— S65T; — — S65A; – – – S65C; — •— • wild-type (emission

10

at 508 nm). In FIG. 4B, ——— S65T; — — S65A; – – – S65C; • • • wild-type (excitation at 395 nm); — •— • wild-type (excitation at 475 nm). Excitation and emission spectra were measured with 1.8 nm bandwidths and the non-scanning wavelength set to the appropriate peak. As is apparent from FIG. 4b, all three mutants exhibited substantially higher intensity of emission relative to the wild-type protein.

FIG. 5 illustrates the rates of fluorophore formation in wild-type GFP and in the Ser 65→Thr mutant. E. coli expressing either wild-type or mutant GFP were grown anaerobically. At time=0, each sample was exposed to air; further growth and protein synthesis were prevented by transferring the cells to nutrient-free medium also containing sodium azide as a metabolic inhibitor. Fluorescence was subsequently monitored as a function of time. For each culture, the fluorescence intensities are expressed as a fraction of the final fluorescence intensity obtained at t=18 to 20 hours, after oxidation had proceeded to completion. From FIG. 5, it is apparent that development of fluorescence proceeds much more quickly in the mutant than in wild-type GFP, even after normalization of the absolute brightnesses (FIGS. 4a and 4b). Therefore, when the development of GFP fluorescence is used as an assay for promotor activation and gene expression, the mutant clearly gives a more rapid and faithful measure than wild-type protein.

FIGS. 6a and 6b illustrate the behavior of wild-type GFP and the Ser 65→Thr mutant, respectively, upon progressive irradiation with ultraviolet light. Numbers indicate minutes of exposure to illumination at 280 nm; intensity was the same for both samples. Wild-type GFP (FIG. 6a) suffered photoisomerization, as shown by a major change in the shape of the excitation spectrum. Illumination with broad band (240-400 nm) UV caused qualitatively similar behavior but with less increase of amplitude in the 430–500 nm region of the spectrum. The photoisomerization was not reversible upon standing in the dark. This photoisomerization would clearly be undesirable for most uses of wild-type GFP, because the protein rapidly loses brightness when excited at its main peak near 395 nm. The mutant (FIG. 6b) showed no such photoisomerization or spectral shift.

---

**SEQUENCE LISTING**

( 1 ) GENERAL INFORMATION:

( i i i ) NUMBER OF SEQUENCES: 2

( 2 ) INFORMATION FOR SEQ ID NO:1:

( 1 ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 716 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: cDNA

( i x ) FEATURE:
( A ) NAME/KEY: CDS
( B ) LOCATION: L.716

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

| ATG | AGT | AAA | GGA | GAA | GAA | CTT | TTC | ACT | GGA | GTT | GTC | CCA | ATT | CTT | GTT | 48 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Met | Ser | Lys | Gly | Glu | Glu | Leu | Phe | Thr | Gly | Val | Val | Pro | Ile | Leu | Val | |
| 1 | | | | 5 | | | | | 10 | | | | | 15 | | |

5,625,048

11                                                              12

-continued

```
GAA TTA GAT GGT GAT GTT AAT GGG CAC AAA TTT TCT GTC AGT GGA GAG    96
Glu Leu Asp Gly Asp Val Asn Gly His Lys Phe Ser Val Ser Gly Glu
             20                        25                    30

GGT GAA GGT GAT GCA ACA TAC GGA AAA CTT ACC CTT AAA TTT ATT TGC   144
Gly Glu Gly Asp Ala Thr Tyr Gly Lys Leu Thr Leu Lys Phe Ile Cys
         35                        40                    45

ACT ACT GGA AAA CTA CCT GTT CCA TGG CCA ACA CTT GTC ACT ACT TTC   192
Thr Thr Gly Lys Leu Pro Val Pro Trp Pro Thr Leu Val Thr Thr Phe
     50                        55                    60

TCT TAT GGT GTT CAA TGC TTT TCA AGA TAC CCA GAT CAT ATG AAA CAG   240
Ser Tyr Gly Val Gln Cys Phe Ser Arg Tyr Pro Asp His Met Lys Gln
 65                        70                    75                80

CAT GAC TTT TTC AAG AGT GCC ATG CCC GAA GGT TAT GTA CAG GAA AGA   288
His Asp Phe Phe Lys Ser Ala Met Pro Glu Gly Tyr Val Gln Glu Arg
                 85                        90                    95

ACT ATA TTT TTC AAA GAT GAC GGG AAC TAC AAG ACA CGT GCT GAA GTC   336
Thr Ile Phe Phe Lys Asp Asp Gly Asn Tyr Lys Thr Arg Ala Glu Val
                 100                       105                   110

AAG TTT GAA GGT GAT ACC CTT GTT AAT AGA ATC GAG TTA AAA GGT ATT   384
Lys Phe Glu Gly Asp Thr Leu Val Asn Arg Ile Glu Leu Lys Gly Ile
         115                       120                   125

GAT TTT AAA GAA GAT GGA AAC ATT CTT GGA CAC AAA TTG GAA TAC AAC   432
Asp Phe Lys Glu Asp Gly Asn Ile Leu Gly His Lys Leu Glu Tyr Asn
     130                       135                   140

TAT AAC TCA CAC AAT GTA TAC ATC ATG GCA GAC AAA CAA AAG AAT GGA   480
Tyr Asn Ser His Asn Val Tyr Ile Met Ala Asp Lys Gln Lys Asn Gly
145                       150                   155                160

ATC AAA GTT AAC TTC AAA ATT AGA CAC AAC ATT GAA GAT GGA AGC GTT   528
Ile Lys Val Asn Phe Lys Ile Arg His Asn Ile Glu Asp Gly Ser Val
                 165                       170                   175

CAA CTA GCA GAC CAT TAT CAA CAA AAT ACT CCA ATT GGC GAT GGC CCT   576
Gln Leu Ala Asp His Tyr Gln Gln Asn Thr Pro Ile Gly Asp Gly Pro
             180                       185                   190

GTC CTT TTA CCA GAC AAC CAT TAC CTG TCC ACA CAA TCT GCC CTT TCG   624
Val Leu Leu Pro Asp Asn His Tyr Leu Ser Thr Gln Ser Ala Leu Ser
         195                       200                   205

AAA GAT CCC AAC GAA AAG AGA GAC CAC ATG GTC CTT CTT GAG TTT GTA   672
Lys Asp Pro Asn Glu Lys Arg Asp His Met Val Leu Leu Glu Phe Val
     210                       215                   220

ACA GCT GCT GGG ATT ACA CAT GGC ATG GAT GAA CTA TAC AAA TA        716
Thr Ala Ala Gly Ile Thr His Gly Met Asp Glu Leu Tyr Lys
225                       230                   235
```

( 2 ) INFORMATION FOR SEQ ID NO:2:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 238 amino acids
       ( B ) TYPE: amino acid
       ( D ) TOPOLOGY: linear

    ( ii ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Ser Lys Gly Glu Glu Leu Phe Thr Gly Val Val Pro Ile Leu Val
 1                 5                        10                    15

Glu Leu Asp Gly Asp Val Asn Gly His Lys Phe Ser Val Ser Gly Glu
                 20                        25                    30

Gly Glu Gly Asp Ala Thr Tyr Gly Lys Leu Thr Leu Lys Phe Ile Cys
         35                        40                    45

Thr Thr Gly Lys Leu Pro Val Pro Trp Pro Thr Leu Val Thr Thr Phe
     50                        55                    60
```

A ... 13 OF 15

5,625,048

13                                                        14

-continued

```
Ser Tyr Gly Val Gln Cys Phe Ser Arg Tyr Pro Asp His Met Lys Gln
65              70              75              80

His Asp Phe Phe Lys Ser Ala Met Pro Glu Gly Tyr Val Gln Glu Arg
            85              90              95

Thr Ile Phe Phe Lys Asp Asp Gly Asn Tyr Lys Thr Arg Ala Glu Val
            100             105             110

Lys Phe Glu Gly Asp Thr Leu Val Asn Arg Ile Glu Leu Lys Gly Ile
        115             120             125

Asp Phe Lys Glu Asp Gly Asn Ile Leu Gly His Lys Leu Glu Tyr Asn
    130             135             140

Tyr Asn Ser His Asn Val Tyr Ile Met Ala Asp Lys Gln Lys Asn Gly
145             150             155             160

Ile Lys Val Asn Phe Lys Ile Arg His Asn Ile Glu Asp Gly Ser Val
                165             170             175

Gln Leu Ala Asp His Tyr Gln Gln Asn Thr Pro Ile Gly Asp Gly Pro
            180             185             190

Val Leu Leu Pro Asp Asn His Tyr Leu Ser Thr Gln Ser Ala Leu Ser
        195             200             205

Lys Asp Pro Asn Glu Lys Arg Asp His Met Val Leu Leu Glu Phe Val
    210             215             220

Thr Ala Ala Gly Ile Thr His Gly Met Asp Glu Leu Tyr Lys
225             230             235
```

What is claimed is:

1. A nucleic acid molecule comprising a nucleotide sequence encoding a functional mutant fluorescent protein whose amino acid sequence differs from the amino acid sequence of Aequorea green fluorescent protein (SEQ ID NO:2) by at least an amino acid substitution selected from the group consisting of T203I, I167V, I167T, Y66H, Y66W, and a substitution at S65, said functional mutant having a different excitation or emission spectrum from Aequorea green fluorescent protein.

2. The nucleic acid molecule of claim 1 encoding a protein comprising the substitution Y66H.

3. The nucleic acid molecule of claim 2 encoding a protein having an excitation maximum at about 382 nm and an emission maximum at about 448 nm.

4. The nucleic acid molecule of claim 1 encoding a protein comprising the substitution T203I.

5. The nucleic acid molecule of claim 4 encoding a protein having an excitation maximum at about 398 nm, no additional excitation maxima near 475 nm, and an emission maximum at about 511 nm.

6. The nucleic acid molecule of claim 1 encoding a protein comprising the substitution Y66W.

7. The nucleic acid molecule of claim 6 encoding a protein having an excitation maximum at about 458 nm and an emission maximum at about 480 nm.

8. The nucleic acid molecule of claim 1 encoding a protein comprising the substitution I167T or I167V.

9. The nucleic acid molecule of claim 8 encoding a protein having an excitation maximum at about 471 nm and an emission maximum at about 502 nm.

10. The nucleic acid molecule of claim 1 encoding a protein comprising a substitution at S65 and having an excitation maximum red-shifted compared to the main peak of Aequorea green fluorescent protein.

11. The nucleic acid molecule of claim 10 encoding a protein comprising the substitution S65A, S65L, S65C, S65V, S65I or S65T.

12. The nucleic acid molecule of claim 11, encoding a protein comprising the substitution S65T.

13. The nucleic acid molecule of claim 1 wherein the nucleotide sequence encodes an amino acid sequence that differs from the amino acid sequence of Aequorea green fluorescent protein (SEQ ID NO:2) by no more than the amino acid substitutions selected from the group consisting of S202F/T203I, I167V, I167T, Y66H, Y66W, and a substitution at S65.

14. The nucleic acid molecule of claim 13 wherein the substitution is S65T.

15. The nucleic acid molecule of any of claims 1–12 encoding a fusion protein wherein the fusion protein comprises a polypeptide of interest and the functional mutant fluorescent protein.

16. The nucleic acid molecule of claim 11 encoding a fusion protein wherein the fusion protein comprises a polypeptide of interest and the functional mutant fluorescent protein wherein the polypeptide of interest comprises a polyhistidine tag.

17. The nucleic acid molecule of claim 1 encoding a fusion protein wherein the fusion protein comprises a polypeptide of interest, the functional mutant fluorescent protein and an oligopeptide spacer between the peptide of interest and the functional mutant fluorescent protein.

18. The nucleic acid molecule of claim 11 encoding a protein comprising the substitution S65C.

19. The nucleic acid molecule of claim 11 encoding a protein comprising the substitution S65V.

20. The nucleic acid molecule of claim 11 encoding a protein comprising the substitution S65L.

21. The nucleic acid molecule of claim 11 encoding a protein comprising the substitution S65A.

22. The nucleic acid molecule of claim 11 encoding a protein comprising the substitution S65L.

23. The nucleic acid of claim 14 encoding a fusion protein wherein the fusion protein comprises a polypeptide of interest and the functional mutant, fluorescent protein.

A      14  OF 15

20

5,625,048

15

24. The nucleic acid molecule of claim 14 encoding a fusion protein wherein the fusion protein comprises a polypeptide of interest and the functional mutant fluorescent protein.

25. The nucleic acid molecule of claim 24 wherein the nucleic acid molecule encodes an oligopeptide spacer

16

between the fusion protein and the functional mutant fluorescent protein.

* * * * *

A    15    15

US005777079A

# United States Patent [19]

## Tsien et al.

| | |
|---|---|
| [11] Patent Number: | **5,777,079** |
| [45] Date of Patent: | **Jul. 7, 1998** |

[54] **MODIFIED GREEN FLUORESCENT PROTEINS**

[75] Inventors: **Roger Y. Tsien**, La Jolla; **Roger Heim**, Del Mar, both of Calif.

[73] Assignee: **The Regents of the University of California**, Oakland, Calif.

[21] Appl. No.: **753,143**

[22] Filed: **Nov. 20, 1996**

### Related U.S. Application Data

[60] Division of Ser. No. 727,452, filed as PCT/US95/14692, Nov. 13, 1995, which is a continuation-in-part of Ser. No. 337,915, Nov. 10, 1994, Pat. No. 5,625,048.

[51] Int. Cl.⁶ .......................... C07K 1/00; C12P 21/04; C12N 15/00; C12N 9/02

[52] U.S. Cl. .......................... 530/350; 530/855; 435/69.1; 435/69.7; 435/172.1; 435/189

[58] Field of Search .......................... 435/91.1, 91.2, 435/172.1, 69.1, 69.7, 189; 530/350, 855

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 5,264,563 | 11/1993 | Huse | 536/25.3 |
|---|---|---|---|
| 5,491,084 | 2/1996 | Chalfie | 435/189 |
| 5,625,048 | 4/1997 | Tsien et al. | 536/23.4 |

#### FOREIGN PATENT DOCUMENTS

| 0 428 000 A1 | 5/1991 | European Pat. Off. |
|---|---|---|
| WO 91/01305 | 2/1991 | WIPO |
| WO 94/28166 | 8/1994 | WIPO |
| WO 95/07463 | 3/1995 | WIPO |
| WO 95/21191 | 8/1995 | WIPO |
| WO 96/23810 | 8/1996 | WIPO |
| WO 96/23898 | 8/1996 | WIPO |
| WO 96/27027 | 9/1996 | WIPO |
| WO 96/27675 | 9/1996 | WIPO |
| WO 97/11094 | 3/1997 | WIPO |
| Wo 97/28261 | 8/1997 | WIPO |

#### OTHER PUBLICATIONS

Heim et al., "Engineering green fluorescent protein for improved brightness, longer wavelengths and fluorescence resonance energy tranfer," *Current Biology* 6(2): 178–182 (1996).

Inouye and Tsuji, "Expression of the gene and fluorescence characteristics of the recombinant protein," *FEBS Letters* 341: 277–280 (1994).

Mitra et al., "Fluorescence resonance energy transfer between blue-emitting and red-shifted excitation derivatives of the green fluorescent protein." *Gene 173(1):* 13–17 (Jul 1, 1996).

Roth, Thesis from the Graduate Program in Biochemistry from Rutgers, The State University of New Jersey (Oct. 1985).

*Primary Examiner*—Robert A. Wax
*Assistant Examiner*—Elizabeth Slobodyansky
*Attorney, Agent, or Firm*—Fish & Richardson, P.C.

[57] **ABSTRACT**

Modifications in the sequence of Aequorea wild-type GFP provide products having markedly different excitation and emission spectra from corresponding products from wild-type GFP. In one class of modifications, the product derived from the modified GFP exhibits an alteration in the ratio of two main excitation peaks observed with the product derived from wild-type GFP. In another class, the product derived from the modified GFP fluoresces at a shorter wavelength than the corresponding product from wild-type GFP. In yet another class of modifications, the product derived from the modified GFP exhibits only a single excitation peak and enhanced emission relative to the product derived from wild-type GFP.

**64 Claims, 7 Drawing Sheets**

EXHIBIT B PAGE 1 OF 18

22



FIG. 1

B    2    18

Case 3:99-cv-00387-E -POR   Document 1   Filed 03/11/99   Page 27 of 50

FIG. 2

24



FIG. 3a



FIG. 3b



B        4        18

25

**U.S. Patent**          Jul. 7, 1998          Sheet 4 of 7          5,777,079

## FIG.  4a



## FIG.  4b



B    5    18

FIG. 5



TIME AFTER ADMISSION OF AIR (HOURS)

B       b   o  18

27

## FIG. 6a



## FIG. 6b





FIG. 7

5,777,079

1

## MODIFIED GREEN FLUORESCENT PROTEINS

This is a divisional application of U.S. application Ser. No. 08/727,452, filed Oct. 18, 1996, which is a continuation of PCT/US95/14692, filed Oct. 10, 1995, which is a continuation-in-part of U.S. application Ser. No. 08/337, 915, filed Nov. 10,1994, which has issued as U.S. Pat. No. 5,625,048.

The invention was made with Government support under Grant No. NS27177, awarded by the National Institute of Health. The Government has certain rights in this invention.

### BACKGROUND OF THE INVENTION

This invention relates generally to the fields of biology and chemistry. More particularly, the invention is directed to modified fluorescent proteins and to methods for the preparation and use thereof.

In biochemistry, molecular biology and medical diagnostics, it is often desirable to add a fluorescent label to a protein so that the protein can be easily tracked and quantified. The normal procedures for labeling requires that the protein be covalently reacted in vitro with fluorescent dyes, then repurified to remove excess dye and any damaged protein. If the labeled protein is to be used inside cells, it usually has to be microinjected; this is a difficult and time-consuming operation that cannot be performed on large numbers of cells. These problems may, however, be eliminated by joining a nucleotide sequence coding for the protein of interest with the sequence for a naturally fluorescent protein, then expressing the fusion protein.

The green fluorescent protein (GFP) of the jellyfish *Aequorea victoria* is a remarkable protein with strong visible absorbance and fluorescence from a p-hdroxybenzylideneimidazolone chromophore, which is generated by cyclization and oxidation of the protein's own Ser-Tyr-Gly sequence at positions 65 to 67. A cDNA sequence [SEQ ID NO:1] for one isotype of GFP has been reported [Prasher, D. C. et al., *Gene* 111, 229–233 (1992)]; cloning of this cDNA has enabled GFP expression in different organisms. The finding that the expressed protein becomes fluorescent in cells from a wide variety of organisms [Chalfie, M. et al., *Science* 263, 802–805 (1994)] makes GFP a powerful new tool in molecular and cell biology and indicates that the oxidative cyclization must be either spontaneous or dependent only on ubiquitous enzymes and reactants.

A major question in protein photophysics is how a single chromophore can give widely different spectra depending on its local protein environment. This question has received the most attention with respect to the multiple colors of visual pigments based on retinal [Merbs, S. L. & Nathans, J. *Science* 258, 46–466 (1992)], but is also important in GFP. The GFP from Aequorea and that of the sea pansy *Renilla reniformis* share the same chromophore, yet Aequorea GFP has two absorbance peaks at 395 and 475 nm, whereas Renilla GFP has only a single absorbance peak at 498 nm, with about 5.5 fold greater monomer extinction coefficient than the major 395 nm peak of the Aequorea protein [Ward, W. W. in *Bioluminescence and Chemiluminescence* (eds. DeLuca, M.A. & McElroy, W. D.) 235–242 (Academic Press, New York, 1981)]. The spectra of the isolated chromophore and denatured protein at neutral pH do not match the spectra of either native protein [Cody, C. W. et al., *Biochemistry* 32, 1212–1218 (1993)].

For many practical applications, the spectrum of Renilla GFP would be preferable to that of Aequorea, because

2

wavelength discrimination between different fluorophores and detection of resonance energy transfer are easier if the component spectra are tall and narrow rather than low and broad. Furthermore, the longer wavelength excitation peak (475 nm) of Aequorea GFP is almost ideal for fluorescein filter sets and is resistant to photobleaching, but has lower amplitude than the shorter wavelength peak at 395 nm, which is more susceptible to photobleaching [Chalfie et al. (1994), supra]. For all these reasons, it would clearly be advantageous to convert the Aequorea GFP excitation spectrum to a single peak, and preferably at longer wavelengths.

There is also a need in the art for proteins which fluoresce at different wavelengths. Variants of fluorescent proteins with different colors would also be very useful for simultaneous comparisons of multiple protein fates, developmental lineages, and gene expression levels.

Accordingly, it is an object of the present invention to provide improved fluorescent proteins which do not suffer from the drawbacks of native Aequorea GFP.

### SUMMARY OF THE INVENTION

In accordance with the present invention, it has been determined that particular modifications in the polypeptide sequence of an Aequorea wild-type GFP [SEQ ID NO:2] lead to formation of products having markedly different excitation and emission spectra from corresponding products derived from wild-type GFP. Visibly distinct colors and/or increased intensities of emission make these products useful in a wide variety of contexts, such as tracking of differential gene expression and protein localization.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention may be better understood with reference to the accompanying drawings, in which:

FIG. 1 compares different versions of GFP by gel electrophoresis and Coomassie blue staining;

FIG. 2 illustrates a proposed biosynthetic scheme for GFP;

FIGS. 3a and 3b illustrate the excitation and emission spectra of wild-type and a first group of mutant GFPs;

FIGS. 4a and 4b illustrate the excitation and emission spectra of wild-type and a second group of mutant GFPs;

FIG. 5 illustrates the rate of fluorophore formation in the wild-type GFP and the Ser 65→Thr mutant;

FIGS. 6a and 6b illustrate the behavior of wild-type GFP and the Ser 65→Thr mutant, respectively, upon progressive irradiation with ultraviolet light; and

FIG. 7 illustrates fluorescence excitation and emission spectra of a third group of GFP mutants.

### DETAILED DESCRIPTION OF THE INVENTION

GFP was expressed in *E. coli* under the control of a T7 promoter for quantitative analysis of the properties of the recombinant protein. Gel electrophoresis under denaturing conditions showed protein of the expected molecular weight (27 kDa) as a dominant band (FIG. 1), which could be quantified simply by densitometry of staining with Coomassie blue. Soluble recombinant GFP proved to have identical spectra and the same or even slightly more fluorescence per mole of protein as GFP purified from *Aequorea victoria*, showing that the soluble protein in *E. coli* undergoes correct folding and oxidative cyclization with as high an efficiency as in the jellyfish.

5,777,079

| 3 | 4 |

The bacteria also contained inclusion bodies consisting of protein indistinguishable from jellyfish or soluble recombinant protein on denaturing gels (FIG. 1). However, this material was completely non-fluorescent. lacked the visible absorbance bands of the chromophore. and could not be made fluorescent even when solubilized and subjected to protocols that renature GFP [Ward. W. W. & Bokman. S. H.. Biochemistry 21, 4535–4540 (1982); Surpin. M. A. & Ward. W. W.. Photochem. Photobiol. 49. Abstract. 25S (1989)]. Therefore. protein from inclusion bodies seemed permanently unable to generate the internal chromophore. An interesting intermediate stage in protein maturation could be generated by growing the bacteria anaerobically. The soluble protein again looked the same as GFP on denaturing gels (FIG. 1) but was non-fluorescent. In this case. fluorescence gradually developed after admission of air. even when fresh protein synthesis was blocked using puromycin and tetracycline. Evidently. the soluble non-fluorescent protein synthesized under anaerobic conditions was ready to become fluorescent once atmospheric oxygen was readmitted. The fluorescence per protein molecule approached its final asymptotic value with a single-exponential time course and a rate constant of $0.24 \pm 0.06 \ hr^{-1}$ (at 22° C.) measured either in intact cells with protein-synthesis inhibitors or in a lysate in which the soluble proteins and cofactors were a thousand fold more dilute. Such pseudo-first order kinetics strongly suggest that no enzymes or cofactors are necessary for the final step of fluorophore formation in GFP.

It has thus been determined that formation of the final fluorophore requires molecular oxygen and proceeds in wild-type protein with a time constant of ~4 h at 22° C. and atmospheric $pO_2$. This was independent of dilution. implying that the oxidation does not require enzymes or cofactors.

A molecular interpretation is presented in FIG. 2. If the newly translated apoprotein (top left) evades precipitation into inclusion bodies. the amino group of Gly 67 might cyclize onto the carbonyl group of Ser 65 to form an imidazolidin-5-one. where the process would stop (top center) if $O_2$ is absent. The new N=C double bond would be expected to promote dehydrogenation to form a conjugated chromophore; imidazolidin-5-ones are indeed known to undergo autoxidative formation of double bonds at the 4-position [Kjaer. A. Acta Chem. Scand. 7. 1030–1035 (1953); Kidwai. A. R. & Devasia. G. M. J. Org. Chem. 27. 4527–4531 (1962)]. which is exactly what is necessary to complete the fluorophore (upper right). The protonated and deprotonated species (upper and lower right) may be responsible for the 395 and 470–475 nm excitation peaks. respectively. The excited states of phenols are much more acidic than their ground states. so that emission would come only from a deprotonated species.

The Aequorea GFP cDNA was subjected to random mutagenesis by hydroxylamine treatment or polymerase chain reaction. Approximately six thousand bacterial colonies on agar plates were illuminated with alternating 395 and 475 nm excitation and visually screened for altered excitation properties or emission colors.

According to a first aspect of the present invention. modifications are provided which result in a shift in the ratio of the two excitations peaks of the product after oxidation and cyclization relative to the wild type. Three mutants were found with significant alterations in the ratio of the two main excitation peaks (Table I). The mutations were sequenced and recombined with the wild-type gene in different ways to eliminate neutral mutations and assign the fluorescence effects to single amino acid substitutions. except for H9 where two neighboring mutations have not yet been separated. They all lay in the C terminal part of the protein (Table I). remote in primary sequence from the chromophore formed from residues 65–67.

These and other modifications are defined herein with reference to the amino acid sequence [SEQ ID NO:2] encoded by the reported cDNA [SEQ ID NO:1]; the first amino acid identified is the one found at the indicated location in the reported sequence. while the second indicates the substitution found in the modified form. The fluorescent product derived from a wild-type or modified GFP polypeptide sequence is no longer strictly speaking a simple polypeptide after oxidation and cyclization: however. reference is sometimes made for sake of simplicity herein to the polypeptide (e.g.. "wild-type GFP" or "modified GFP") where what is intended would be obvious from the context. Compared with wild-type GFP. H9 (Ser 202→Phe. Thr 203→Ile) had increased fluorescence at 395 nm excitation; P9 (Ile 167→Val) and P11 (Ile 167→Thr) were more fluorescent at 475 nm excitation.

One possibility for these spectral perturbations in P9 and P11 is that the mutations at Ile 167 shift a positive charge slightly closer to the phenolic group of the fluorophore; this should both increase the percentage of phenolic anion. which is probably the species responsible for the 470–475 nm excitation peak. and shift the emission peak hypsochromically. However. the hypothesized ionizable phenolic group would have to be buried inside the protein at normal pH. because the ratio of 471 to 396 nm peaks in the mutants could not be further affected by external pH until it was raised to 10. just below the threshold for denaturation. The pH-sensitivity of wild-type GFP is similar [Ward. W. W. et al.. Photochem. Photobiol. 35. 803–808 (1982)].

According to another aspect of the invention. a mutant P4 (Tyr 66→His) was identified which was excitable by ultraviolet and fluoresced bright blue in contrast to the green of wild type protein. The excitation and emission maxima were hypsochromically shifted by 14 and 60 nm respectively from those of wild-type GFP. The mutated DNA was sequenced and found to contain five amino acid substitutions. only one of which proved to be critical: replacement of Tyr 66 in the center of the chromophore by His (corresponding to a change in the GFP cDNA sequence [SEQ ID NO:1] at 196–198 from TAT to CAT).

The surprising tolerance for substitution at this key residue prompted further site-directed mutagenesis to Trp and Phe at this position. Trp gave excitation and emission wavelengths intermediate between Tyr and His (Table I) but was only weakly fluorescent. perhaps due to inefficiency of folding or chromophore formation due to steric considerations. Phe gave weak fluorescence with an excitation maximum at 358 nm and an emission maximum at 442 nm. Accordingly. pursuant to this aspect of the invention modified GFP proteins which fluoresce at different wavelengths (preferably. different by at least 10 nm and more preferably by at least 50 nm) relative to the native protein are provided for example. those wherein Tyr 66 is replaced by Phe. His or Trp.

In a further embodiment of this aspect of the invention. a double mutant Y66H. Y145F was identified which had almost the same wavelengths as the single mutant Y66H but almost twice the brightness. due mainly to a higher quantum efficiency of fluorescence. The double mutant also developed its fluorescence during overnight growth. whereas the single mutant required several days.

In accordance with further embodiments of this aspect of the invention. a first round of mutagenesis to increase the

B    10    18

5,777,079

| 5 | 6 |

brightness of Y66W yielded M153T/TV163A/N212K as additional substitutions. This mutant was subjected to another round of mutagenesis, resulting in two further sets, N146I and I123V/Y145H/H148R (Table II). The quantum efficiency of these mutants is now comparable to wild-type GFP. The clustering of the substitutions in residues 145 to 163 suggest that those residues lie relatively close to the chromophore and that reductions in the size of their side chains might be compensating for the larger size of tryptophan compared to tyrosine.

Pursuant to yet another aspect of the present invention, modified GFP proteins are provided which provide substantially more intense fluorescence per molecule than the wild type protein. Modifications at Ser 65 to Ala. Ieu, Cys. Val, Ile or Thr provide proteins with red-shifted and brighter spectra relative to the native protein. In particular, the Thr mutant (corresponding to a change in the GFP cDNA sequence [SEQ ID NO:1] at 193–195 from TCT to ACT) and Cys mutant (corresponding to a change in the GFP cDNA sequence [SEQ ID NO:1] at 193–195 from TCT to TGT) are about six times brighter than wild type when excited at the preferred long-wavelength band above 450 nm. As a consequence, these modified proteins are superior to wild type proteins for practically all applications. Further, the brightness of these modified proteins matches the brightness reported in the literature for Renilla GFP; thus, these proteins clearly obviate the objections to the dimness of Aequorea GFP. In fact, it is speculated that the chromophores in these modified proteins may exhibit the optimum brightness which could be achieved with a general structure derived from the Aequorea GFP chromophore. In particular, these mutations provide products exhibiting one or more of the following salient characteristics which distinguish them clearly over the corresponding product from a wild-type GFP: reduced efficiency of excitation by wavelengths between about 350 and 420 nm; enhanced excitation and emission efficiency when excited with wavelengths longer than about 450 nm; increased resistance to light-induced shifts in the excitation spectrum; and faster kinetics of fluorophore generation. In contrast, mutations to Trp. Arg. Asn, Phe and Asp did not provide improved brightness.

Mutagenesis of S65T to shift its wavelengths further to the red yielded M153A/K238E (Table II) as the GFP variant with the longest-wavelength excitation maximum yet described. 504 nm vs. 490 nm for S65T. Surprisingly, the emission peak hardly changed (514 nm vs. 511 nm), so that the separation between the excitation and emission peaks (Stokes' shift) is extremely narrow, only 10 nm. This is one of the smallest values reported for any fluorophore in aqueous solution at room temperature. As in the Y66W series, M153 seems to be influential. It is doubtful that K238E is important, because this substitution has been found to be without effect in other mutants.

As would be readily apparent to those working in the field, to provide the desired fluorescent protein it would not be necessary to include the entire sequence of GFP. In particular, minor deletions at either end of the protein sequence are expected to have little or no impact on the fluorescence spectrum of the protein. Therefore, by a mutant or wild-type GFP sequence for purposes of the present invention are contemplated not only the complete polypeptide and oligonucleotide sequences discussed herein, but also functionally-equivalent portions thereof (i.e., portions of the polypeptide sequences which exhibit the desired fluorescence properties and oligonucleotide sequences encoding these polypeptide sequences). For example, whereas the chromophore itself (position 65–67) is obvi-

ously crucial, the locations of known neutral mutations suggest that amino acids 76–115 are less critical to the spectroscopic properties of the product. In addition, as would be immediately apparent to those working in the field, the use of various types of fusion sequences which lengthen the resultant protein and serve some functional purpose in the preparation or purification of the protein would also be routine and are contemplated as within the scope of the present invention. For example, it is common practice to add amino acid sequences including a polyhistidine tag to facilitate purification of the product proteins. As such fusions do not significantly alter the salient properties of the molecules, comprising same, modified GFPs as described herein including such fusion sequences at either end thereof are also clearly contemplated as within the scope of the present invention.

Similarly, in addition to the specific mutations disclosed herein, it is well understood by those working in the field that in many instances modifications in particular locations in the polypeptide sequence may have no effect upon the properties of the resultant polypeptide. Unlike the specific mutations described in detail herein, other mutations provide polypeptides which have properties essentially or substantially indistinguishable from those of the specific polypeptides disclosed herein. For example, the following substitutions have been found to be neutral (i.e., have no significant impact on the properties of the product): Lys 3→Arg; Asp 76→Gly; Phe 99→Ile; Asn 105→Ser; Glu 115→Val; Thr 225→Ser; and Lys 238→Glu. These equivalent polypeptides (and oligonucleotide sequences encoding these polypeptides) are also regarded as within the scope of the present invention. In general, the polypeptides and oligonucleotide sequences of the present invention (in addition to containing at least one of the specific mutations identified herein) will be at least about 85 % homologous, more preferably at least about 90% homologous, and most preferably at least about 95% homologous, to the wild-type GFP described herein. Because of the significant difference in properties observed upon introduction of the specified modifications into a GFP sequence, the presence of the specified modifications relative to the corresponding reported sequence for wild-type GFP [SEQ ID NO:2] are regarded as central to the invention.

The oligonucleotide sequences of the present invention are particularly useful in processes for labelling polypeptides of interest, e.g., by the construction of genes encoding fluorescent fusion proteins. Fluorescence labeling via gene fusion is site-specific and eliminates the present need to purify and label proteins in vitro and microinject them into cells. Sequences encoding the modified GFPs of the present invention may be used for a wide variety of purposes as are well known to those working in the field. For example, the sequences may be employed as reporter genes for monitoring the expression of the sequence fused thereto; unlike other reporter genes, the sequences require neither substrates nor cell disruption to evaluate whether expression has be achieved. Similarly, the sequences of the present invention may be used as a means to trace lineage of a gene fused thereto during the development of a cell or organism. Further, the sequences of the present invention may be used as a genetic marker; cells or organisms labeled in this manner can be selected by, e.g., fluorescence-activated cell sorting. The sequences of the present invention may also be used as a fluorescent tag to monitor protein expression in vivo, or to encode donors or acceptors for fluorescence resonance energy transfer. Other uses for the sequences of the present invention would be readily apparent to those

5,777,079

<table>
<tr><td>7</td><td>8</td></tr>
</table>

working in the field. as would appropriate techniques for fusing a gene of interest to an oligonucleotide sequence of the present invention in the proper reading frame and in a suitable expression vector so as to achieve expression of the combined sequence.

The availability of several forms of GFP with such different spectral properties should facilitate two-color assessment of differential gene expression, developmental fate, or protein trafficking. For example, if one wanted to screen for a drug that is specific to activate expression of gene A but not gene B, one could fuse the cDNA for one color of GFP to the promoter region of gene A and fuse the cDNA for another color to the promoter region of gene B. Both constructs would be transfected into target cells and the candidate drugs could be assayed to determine if they stimulate fluorescence of the desired color, but not fluorescence of the undesired color. Similarly, one could test for the simultaneous expression of both A and B by searching for the presence of both colors simultaneously.

As another example, to examine the precise temporal or spatial relationship between the generation or location of recombinant proteins X and Y within a cell or an organism, one could fuse genes for different colors of GFP to the genes for proteins X and Y, respectively. If desired, DNA sequences encoding flexible oligopeptide spacers could be included to allow the linked domains to function autonomously in a single construct. By examining the appearance of the two distinguishable colors of fluorescence in the very same cells or organisms, one could compare and contrast the generation or location of the proteins X and Y with much greater precision and less biological variability than if one had to compare two separate sets of cells or organisms, each containing just one color of GFP fused to either protein X or Y. Other examples of the usefulness of two colors would be obvious to those skilled in the art.

The further mutations to brighten the Y66H and Y66W variants of GFP enhance the possibility of using two or three colors of fluorescent protein to track differential gene expression, protein localizations or cell fates. For example, mutants P4-3 (Y66H/Y145F). W7 (Y66W/N146I/M153T/ V163A/N212K) and S65T can all be distinguished from each other. P4-3 is specifically detected by exciting at 290-370 nm and collecting emission at 420–460 nm. W7 is specifically detected by exciting at 410-457 nm and collecting emission at 465-495 nm. S65T is specifically detected by exciting at 483-493 nm and collecting emission at wavelengths greater than 510 nm. Bacteria carrying these three proteins are readily discriminated under a microscope using the above wavelength bandpass filters.

The chromophore in GFP is well buried inside the rest of the protein. so much of the dimness of the original point mutants was presumably due to steric mismatch between the substituted amino acid and the cavity optimized for tyrosine. The location of the beneficial mutations implies that residues 145–163 are probably close to the chromophore. The M153A/S65T mutant has the longest wavelengths and smallest Stokes'shift of any known fluorescent protein that does not use a cofactor.

The invention may be better understood with reference to the accompanying examples. which are intended for purposes of illustration only and should not be construed as in any sense limiting the scope of the invention as defined by the claims appended hereto.

## EXAMPLE 1

The coding region of GFP clone 10.1 [Prasher et al. (1992). supra] was amplified by PCR to create NdeI and BamHI sites at the 5'and 3'ends. respectively. and was cloned behind the T7 promoter of pGEMEX2 (Promega) replacing most of the T7 gene 10. The resulting plasmid was transformed into the strain JM109(DE3) (Promega Corp.. Madison. Wis.). and high level expression was achieved by growing the cultures at 24° C. to saturation without induction by IPTG. To prepare soluble extracts. 1.5 ml cell suspension were collected. washed and resuspended in 150 $\mu$l 50 mM Tris/HCl. pH 8.0. 2 mM EDTA. Lysozyme and DNAse I were added to 0.2 mg/ml and 20 $\mu$g/ml. respectively. and the samples were incubated on ice until lysis occurred (1–2 hours). The lysates were then clarified by. centrifuging at 12.000×g for 15 minutes. Inclusion bodies were obtained as described in the literature [Sambrook. J. et al. in Molecular Cloning: A Laboratory Manual Vol. 2. 17.37–17.41 (Cold Spring Harbor Press. Cold Spring Harbor. New York. 1989)].

As illustrated in FIG. 1. soluble extracts of E. coli expressing GFP show a predominant band which is absent in extracts from control cells and has the same electrophoretic mobility as native GFP isolated from the jellyfish A. Victoria. Inclusion bodies of expressing cells consist mainly of non-fluorescent GFP which has the same mobility as soluble GFP. Non-fluorescent soluble GFP of anaerobically grown cultures is also a major band with correct mobility. Soluble extracts of the mutated clones H9. P9. P11 and P4 again contain a dominant protein with essentially the same molecular weight.

Random mutagenesis of the GFP cDNA was done by increasing the error rate of the polymerase chain reaction with 0.1 mM MnCl$_2$. 50 $\mu$M dATP and 200 $\mu$M of dGTP. dCTP. and dTTP [Muhlrad. D. et al.. Yeast 8. 79–82 (1992)]. The product was ligated into pGEMEX2 and subsequently transformed into JM109(DE3). Colonies on agar were visually screened for different emission colors and ratios of brightness when excited at 475 nm. 395 nm.

FIGS. 3a and 3b illustrate the excitation and emission spectra of wild-type and mutant GFPs. In FIGS. 3a and 3b. — wild-type; - - - S202F. T203I; - - - - I167T; - - - - - Y66W; -●- ●Y66H. Samples were soluble fractions from E. coli expressing the proteins at high level. except for Y66W. which was obtained in very low yield and measured on intact cells. Autofluorescence was negligible for all spectra except those of Y66W. whose excitation spectrum below 380 nm may be contaminated by autofluorescence. Excitation and emission spectra were measured with 1.8 nm bandwidths and the non-scanning wavelength set to the appropriate peak. Excitation spectra were corrected with a rhodamine B quantum counter. while emission spectra (except for Y66W) were corrected for monochromator and detector efficiencies using manufacturer-supplied correction spectra. All amplitudes have been arbitrarily normalized to a maximum value of 1.0. A comparison of brightness at equal protein concentrations is provided in Table I.

### TABLE I

Characteristics of mutated vs. wild-type GFP.

| Variant | Mutation | Excitation Maxima (nm)[a] | Emission Maxima (nm)[b] | Relative[c] Fluorescence |
|---------|----------|---------------------------|-------------------------|--------------------------|
| Wild type | none | 396 (476) | 508 (503) | (≈100%) |
| H9 | Ser 202→Phe.. Thr 203→Ile | 398 | 511 | 117%[d] |
| P9 | Ile 167→Val | 471 (396) | 502 (507) | 166%[e] |

5,777,079

9

TABLE I-continued

Characteristics of mutated vs. wild-type GFP

| Variant | Mutation | Excitation Maxima (nm)[a] | Emission Maxima (nm)[b] | Relative[c] Fluorescence |
|---|---|---|---|---|
| P11 | Ile 167→Thr | 471 (396) | 502 (507) | 188%[d] |
| P4 | Tyr 66→His | 382 | 448 | 57%[e] |
| W | Tyr 66→Trp | 458 | 480 | n.d. |

[a]Values in parentheses are lower-amplitude peaks.
[b]Primary values were observed when exciting at the main excitation peak; values in parentheses were observed when illuminating at the lower-amplitude excitation peak.
[c]Equal amounts of protein were used based on densitometry of gels stained with Coomassie Blue (Fig. 1).
[d]Emission maxima of spectra recorded at excitation 395 nm were compared.
[e]Emission maxima of spectra recorded at excitation 475 nm were compared.
[f]Emission spectrum of P4 recorded at 378 nm excitation was integrated and compared to the integrated emission spectrum of wild type recorded at 475 nm excitation; both excitation and emission characteristics were corrected.

EXAMPLE 2

Oligonucleotide-directed mutagenesis at the codon for Ser-65 of GFP cDNA was performed by the literature method [Kunkel, T. A. (1985) Proc. Natl. Acad. Sci. USA 82, 488] using the Muta-Gene Phagemid in Vitro Mutagenesis Kit version 2, commercially available from Bio-Rad. Richmond, Calif. The method employs a bacterial host strain deficient for dUTPase (dut) and uracil-N-glycosylase (ung), which results in an occasional substitution of uracil for thymine in newly-synthesized DNA. When the uracil-containing DNA is used as a wild-type template for oligonucleotide-directed in vitro mutagenesis, the complementary (mutant) strand can be synthesized in the presence of deoxynucleotides, ligase and polymerase using the mutagenic oligonucleotide to prime DNA synthesis; the Version 2 kit utilizes unmodified T7 DNA polymerase to synthesize the complementary strand. When the heteroduplex molecule is transformed into a host with an active uracil-N-glycosylase (which cleaves the bond between the uracil base and the ribose molecule, yielding an apyrimidic site), the uracil-containing wild-type strand is inactivated, resulting in an enrichment of the mutant strand.

The coding region of GFP cDNA was cloned into the BamHI site of the phagemid pRSET$_B$ from Invitrogen (San Diego, Calif.). This construct was introduced into the dut, ung double mutant E. coli strain CJ236 provided with the Muta-Gene kit and superinfected with helper phage VCSM13 (Stratagene, La Jolla, Calif.) to produce phagemid particles with single-stranded DNA containing some uracils in place of thymine. The uracil-containing DNA was purified to serve as templates for in vitro synthesis of the second strands using the mutagenic nucleotides as primers. The DNA hybrids were transformed into the strain XL1blue (available from Stratagene), which has a functional uracil-N-glycosylase; this enzyme inactivates the parent wild-type DNA strand and selects for mutant clones. DNA of several colonies were isolated and checked for proper mutation by sequencing.

To express the mutant proteins, the DNA constructs obtained by mutagenesis were transformed into E. coli strain BL21(DE3)LysS (Novagen, Madison, Wis.), which has a chromosomal copy of T7 polymerase to drive expression from the strong T7 promotor. At room temperature 3 ml cultures were grown to saturation (typically, overnight) without induction. Cells from 1 ml of culture were collected, washed and finally resuspended in 100 μl of 50 mM Tris pH 8.0, 300 mM NaCL. The cells were then lysed by three cycles

10

of freeze/thawing (liquid nitrogen/30° C. water bath). The soluble fraction was obtained by pelleting cell debris and unbroken cells in a microfuge.

To facilitate purification of the recombinant proteins, the vector used fuses a histidine tag (6 consecutive His) to the N-terminus of the expressed proteins. The strong interaction between histidine hexamers and Ni$^{2+}$ions permitted purification of the proteins by Ni-NTA resin (available commercially from Qiagen, Chatsworth, Calif.). Microcolumns (10 μl bed volume) were loaded with 100 μl soluble extract (in 50 mM Tris pH 8.0, 300 mM NaCl), washed with 10 bed volumes of the same buffer and with 10 volumes of the buffer containing 20 mM imidazole. The recombinant proteins were then eluted with the same buffer containing 100 mM imidazole.

Aliquots of the purified recombinant GFP proteins were run along with wild-type GFP on a denaturing polyacrylamide gel. The gel was stained with Coomassie blue and the protein bands were quantified by scanning on a densitometer. Based on these results, equal amounts of each version of protein were used to run fluorescence emission and excitation spectra.

FIGS. 4a and 4b compare the excitation and emission spectra of wild-type and Ser 65 mutants. In FIG. 4a, — S65T: - - S65A; - - - - S65C; -●-● wild-type (emission at 508 nm). In FIG. 4B. — S65T; - - S65A; - - - S65C; ●●● wild-type (excitation at 395 nm); -●-● wild-type (excitation at 475 nm). Excitation and emission spectra were measured with 1.8 nm bandwidths and the non-scanning wavelength set to the appropriate peak. As is apparent from FIG. 4b, all three mutants exhibited substantially higher intensity of emission relative to the wild-type protein.

FIG. 5 illustrates the rates of fluorophore formation in wild-type GFP and in the Ser 65→Thr mutant. E. coli expressing either wild-type or mutant GFP were grown anaerobically. At time=0, each sample was exposed to air; further growth and protein synthesis were prevented by transferring the cells to nutrient-free medium also containing sodium azide as a metabolic inhibitor. Fluorescence was subsequently monitored as a function of time. For each culture, the fluorescence intensities are expressed as a fraction of the final fluorescence intensity obtained at t=18 to 20 hours, after oxidation had proceeded to completion. From FIG. 5, it is apparent that development of fluorescence proceeds much more quickly in the mutant than in wild-type GFP, even after normalization of the absolute brightnesses (FIGS. 4a and 4b). Therefore, when the development of GFP fluorescence is used as an assay for promotor activation and gene expression, the mutant clearly gives a more rapid and faithful measure than wild-type protein.

FIGS. 6a and 6b illustrate the behavior of wild-type GFP and the Ser 65→Thr mutant, respectively, upon progressive irradiation with ultraviolet light. Numbers indicate minutes of exposure to illumination at 280 nm; intensity was the same for both samples. Wild-type GFP (FIG. 6a) suffered photoisomerization, as shown by a major change in the shape of the excitation spectrum. Illumination with broad band (240–400 nm) UV caused qualitatively similar behavior but with less increase of amplitude in the 430–500 nm region of the spectrum. The photoisomerization was not reversible upon standing in the dark. This photoisomerization would clearly be undesirable for most uses of wild-type GFP, because the protein rapidly loses brightness when excited at its main peak near 395 nm. The mutant (FIG. 6b) showed no such photoisomerization or spectral shift.

EXAMPLE 3

GFP cDNAs encoding for Tyr66→His (Y66H). Tyr66→Trp (Y66W), or Ser65→Thr (S65T) were separately

5.777.079

11

further mutagenized by the polymerase chain reaction and transformed into *E. coli* for visual screening of colonies with unusual intensities or colors. Isolation, spectral characterization (Table II and FIG. 7). and DNA sequencing yielded several additional useful variants.

Random mutagenesis of the *gfp* cDNA was done by increasing the error rate of the PCR with 0.1 mM $MnCl_2$ and unbalanced nucleotide concentrations. The GFP mutants S65T, Y66H and Y66W had been cloned into the BamHI site of the expression vector pRSETB (Invitrogen). which includes a T7 promoter and a polyhistidine tag. The GFP coding region (shown in bold) was flanked by the following 5' and 3' sequences: 5'-G GAT CCC CCC GCT GAA TTC ATG . . . AAA TAA TAA GGA TCC-3'. The 5' primer for the mutagenic PCR was the T7 primer matching the vector sequence; the 3' primer was 5'-GGT AAG CTT TTA TTT GTA TAG TTC ATC CAT GCC-3', specific for the 3' end of GFP, creating a HindIII restriction site next to the stop codon. Amplification was over 25 cycles (1 min at 94° C., 1 min 52° C., 1 min 72° C.) using the AmpliTaq polymerase from Perkin Elmer. Four separate reactions were run in which the concentration of a different nucleotide was lowered from 200 µM to 50 µM. The PCR products were combined, digested with BamHI and ligated to the pRSETB cut with BamHI and HindIII. The ligation mixture was dialyzed against water, dried and subsequently transformed into the bacterial strain BL21(DE3) by electroporation (50 µl electrocompetent cells in 0.1 cm cuvettes, 1900 V, 200 ohm. 25 µF). Colonies on agar were visually screened for fluorescence as previously described herein. The selected clones were sequenced with the Sequenase version 2.0 kit from Unites States Biochemical.

Cultures with freshly transformed cells were grown at 37° C. to an optical density of 0.8 at 600 nm. then induced with 0.4 mM isopropylthiogalactoside overnight at room temperature. Cells were washed in PBS pH 7.4, resuspended in 50 mM Tris pH 8.0, 300 mM NaCl and lysed in a French press. The polyhistidine-tagged GFP proteins were purified from cleared lysates on nickel-chelate column (Qiagen) using 100 mM imidazole in the above buffer to elute the protein.

Excitation spectra were obtained by collecting emission at the respective peak wavelengths and were corrected by a Rhodamine B quantum counter. Emission spectra were likewise measured at the respective excitation peaks and were corrected using factors from the fluorometer manufacturer (Spex Industries, Edison, N.J.). In cleavage experi-

12

ments emission spectra were recorded at excitation 368 nm. For measuring molar extinction coefficients. 20 to 30 µg of protein were used in 1 ml of PBS pH 7.4. Quantum yields of wild-type GFP. S65T. and P4-1 mutants were estimated by comparison with fluorescein in 0.1 N NaOH as a standard of quantum yield 0.91 [ed. Miller, J. N., *Standards in Fluorescence Spectrometry* (Chapman and Hall. New York. 1981)]. Mutants P4 and P4-3 were likewise compared to 9-amino-acridine in water (quantum yield 0.98). W2 and W7 were compared to both standards, which fortunately gave concordant results.

FIG. 7 illustrates the fluorescence excitation and emission spectra of different GFP mutants. All spectra were normalized to a maximal value of 1. Each pair of excitation and emission spectrum is depicted by a distinct line style.

The fluorescence properties of the obtained GFP mutants are reported in Table II.

TABLE II

| | | Fluorescence properties of GFP mutants | | | |
|---|---|---|---|---|---|
| Clone | Mutations | Excitation max (nm) | Emission max (nm) | Extinct. Coeff. (M⁻¹cm⁻¹) | Quantum yield |
| P4-3 | Y66H Y145F | 381 | 445 | 14,000 | 0.38 |
| W7 | Y66W N146I M153T V163A N212K | 433 (453) | 475 (501) | 18,000 (17,100) | 0.67 |
| W2 | Y66W I123V Y145H H148R M153T V163A N212K | 432 (453) | 480 | 10,000 (9,600) | 0.72 |
| P4-1 | S65T M153A K238E | 504 (396) | 514 | 14,500 (8,600) | 0.54 |

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

( i i i ) NUMBER OF SEQUENCES: 2

( 2 ) INFORMATION FOR SEQ ID NO:1:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 716 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: cDNA

( i x ) FEATURE:
( A ) NAME/KEY: CDS

B 14 or 18

35

5,777,079

13                                    14

-continued

---

( B ) LOCATION: 1..716

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
ATG AGT AAA GGA GAA GAA CTT TTC ACT GGA GTT GTC CCA ATT CTT GTT          48
Met Ser Lys Gly Glu Glu Leu Phe Thr Gly Val Val Pro Ile Leu Val
 1               5                  10                  15

GAA TTA GAT GGT GAT GTT AAT GGG CAC AAA TTT TCT GTC AGT GGA GAG          96
Glu Leu Asp Gly Asp Val Asn Gly His Lys Phe Ser Val Ser Gly Glu
            20                  25                  30

GGT GAA GGT GAT GCA ACA TAC GGA AAA CTT ACC CTT AAA TTT ATT TGC         144
Gly Glu Gly Asp Ala Thr Tyr Gly Lys Leu Thr Leu Lys Phe Ile Cys
        35                  40                  45

ACT ACT GGA AAA CTA CCT GTT CCA TGG CCA ACA CTT GTC ACT ACT TTC         192
Thr Thr Gly Lys Leu Pro Val Pro Trp Pro Thr Leu Val Thr Thr Phe
    50                  55                  60

TCT TAT GGT GTT CAA TGC TTT TCA AGA TAC CCA GAT CAT ATG AAA CAG         240
Ser Tyr Gly Val Gln Cys Phe Ser Arg Tyr Pro Asp His Met Lys Gln
65                  70                  75                  80

CAT GAC TTT TTC AAG AGT GCC ATG CCC GAA GGT TAT GTA CAG GAA AGA         288
His Asp Phe Phe Lys Ser Ala Met Pro Glu Gly Tyr Val Gln Glu Arg
                85                  90                  95

ACT ATA TTT TTC AAA GAT GAC GGG AAC TAC AAG ACA CGT GCT GAA GTC         336
Thr Ile Phe Phe Lys Asp Asp Gly Asn Tyr Lys Thr Arg Ala Glu Val
            100                 105                 110

AAG TTT GAA GGT GAT ACC CTT GTT AAT AGA ATC GAG TTA AAA GGT ATT         384
Lys Phe Glu Gly Asp Thr Leu Val Asn Arg Ile Glu Leu Lys Gly Ile
        115                 120                 125

GAT TTT AAA GAA GAT GGA AAC ATT CTT GGA CAC AAA TTG GAA TAC AAC         432
Asp Phe Lys Glu Asp Gly Asn Ile Leu Gly His Lys Leu Glu Tyr Asn
    130                 135                 140

TAT AAC TCA CAC AAT GTA TAC ATC ATG GCA GAC AAA CAA AAG AAT GGA         480
Tyr Asn Ser His Asn Val Tyr Ile Met Ala Asp Lys Gln Lys Asn Gly
145                 150                 155                 160

ATC AAA GTT AAC TTC AAA ATT AGA CAC AAC ATT GAA GAT GGA AGC GTT         528
Ile Lys Val Asn Phe Lys Ile Arg His Asn Ile Glu Asp Gly Ser Val
                165                 170                 175

CAA CTA GCA GAC CAT TAT CAA CAA AAT ACT CCA ATT GGC GAT GGC CCT         576
Gln Leu Ala Asp His Tyr Gln Gln Asn Thr Pro Ile Gly Asp Gly Pro
            180                 185                 190

GTC CTT TTA CCA GAC AAC CAT TAC CTG TCC ACA CAA TCT GCC CTT TCG         624
Val Leu Leu Pro Asp Asn His Tyr Leu Ser Thr Gln Ser Ala Leu Ser
        195                 200                 205

AAA GAT CCC AAC GAA AAG AGA GAC CAC ATG GTC CTT CTT GAG TTT GTA         672
Lys Asp Pro Asn Glu Lys Arg Asp His Met Val Leu Leu Glu Phe Val
    210                 215                 220

ACA GCT GCT GGG ATT ACA CAT GGC ATG GAT GAA CTA TAC AAA TA             716
Thr Ala Ala Gly Ile Thr His Gly Met Asp Glu Leu Tyr Lys
225                 230                 235
```

( 2 ) INFORMATION FOR SEQ ID NO:2:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 236 amino acids
( B ) TYPE: amino acid
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: protein

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Ser Lys Gly Glu Glu Leu Phe Thr Gly Val Val Pro Ile Leu Val
 1               5                  10                  15

Glu Leu Asp Gly Asp Val Asn Gly His Lys Phe Ser Val Ser Gly Glu
```

B    PAGE 15 OF 18

5,777,079

15   16

-continued

```
        2 0                    2 5                    3 0
Gly Glu Gly Asp Ala Thr Tyr Gly Lys Leu Thr Leu Lys Phe Ile Cys
         3 5                    4 0                    4 5
Thr Thr Gly Lys Leu Pro Val Pro Trp Pro Thr Leu Val Thr Thr Phe
 5 0                           5 5                    6 0
Ser Tyr Gly Val Gln Cys Phe Ser Arg Tyr Pro Asp His Met Lys Gln
 6 5                           7 0                    7 5                    8 0
His Asp Phe Phe Lys Ser Ala Met Pro Glu Gly Tyr Val Gln Glu Arg
                   8 5                    9 0                    9 5
Thr Ile Phe Phe Lys Asp Asp Gly Asn Tyr Lys Thr Arg Ala Glu Val
                  1 0 0                  1 0 5                  1 1 0
Lys Phe Glu Gly Asp Thr Leu Val Asn Arg Ile Glu Leu Lys Gly Ile
              1 1 5                  1 2 0                  1 2 5
Asp Phe Lys Glu Asp Gly Asn Ile Leu Gly His Lys Leu Glu Tyr Asn
            1 3 0                  1 3 5                  1 4 0
Tyr Asn Ser His Asn Val Tyr Ile Met Ala Asp Lys Gln Lys Asn Gly
1 4 5                           1 5 0                  1 5 5                  1 6 0
Ile Lys Val Asn Phe Lys Ile Arg His Asn Ile Glu Asp Gly Ser Val
                              1 6 5                  1 7 0                  1 7 5
Gln Leu Ala Asp His Tyr Gln Gln Asn Thr Pro Ile Gly Asp Gly Pro
                1 8 0                  1 8 5                  1 9 0
Val Leu Leu Pro Asp Asn His Tyr Leu Ser Thr Gln Ser Ala Leu Ser
            1 9 5                  2 0 0                  2 0 5
Lys Asp Pro Ala Glu Lys Arg Asp His Met Val Leu Leu Glu Phe Val
2 1 0                           2 1 5                  2 2 0
Thr Ala Ala Gly Ile Thr His Gly Met Asp Glu Leu Tyr Lys
2 2 5                           2 3 0                  2 3 5
```

What is claimed is:

1. A composition of matters comprising:

a fluorescent modified form of an Aequorea wild-type GFP polypeptide,

characterized in that upon oxidation and cyclization of amino acid residues in said fluorescent modified form corresponding to positions 65 to 67 of wild-type GFP polypeptide sequence (SEQ ID NO:2) said fluorescent modified form exhibits a different excitation and/or emission spectrum from a corresponding product of said wild-type GFP polypeptide sequence,

with the proviso that when said fluorescent modified form comprises a mutation at S65, said mutation at S65 is selected from the group consisting of S65A, S65C, S65T, S65L, S65V, and S65I.

2. The composition according to claim 1,

wherein said fluorescent modified form exhibits and alteration in the ration of two main excitation peaks relative to said wild-type GFP polypeptide sequence.

3. The composition according to claim 2,

wherein said fluorescent modified form exhibits increased fluorescence at a shorter-wavelength peak of the two main excitation peaks than said wild-type GFP polypeptide sequence.

4. The composition according to claim 3,

wherein said fluorescent modified form comprises a replacement of Ser at a position corresponding to position 202 in said wild-type GFP polypeptide sequence by Phe and a replacement of Thr at a position corresponding to position 203 by Ile.

5. The composition according to claim 2.

wherein said fluorescent modified form exhibits increased fluorescence at a longer-wavelength peak of the two main excitation peaks than said wild-type GFP polypeptide sequence.

6. The composition according to claim 5,

wherein said fluorescent modified form comprises a replacement of Ile at a position corresponding to position 167 of said wild-type GFP polypeptide sequence by Val or Thr.

7. The composition according to claim 5,

wherein said fluorescent modified form comprises a replacement of Ser at a position corresponding to position 65 of said wild-type GFP sequence by Thr, a replacement of Met at position 153 with Ala, and a replacement of Lys at position 238 with Glu.

8. The composition according to claim 1,

wherein said fluorescent modified form fluoresces at a shorter wavelength than said wild-type GFP polypeptide sequence.

9. The composition according to claim 8,

wherein said fluorescent modified form comprises a replacement of Tyr at a position corresponding to position 66 of said wild-type GFP polypeptide sequence by Phe, His or Trp.

10. The composition according to claim 8,

wherein said fluorescent modified form comprises a replacement of Tyr at a position corresponding to position 66 of said wild-type GFP polypeptide sequence by His and a replacement of Tyr at position 145 with Phe.

B   PAGE 16 OF 18

5.777.079

## 17

11. The composition according to claim 8.

wherein said fluorescent modified form comprises a replacement of Tyr at a position corresponding to position 66 of said wild-type GFP polypeptide sequence by Trp, a replacement of Asn at position 146 by Ile, a replacement of Met at position 153 by Thr, a replacement of Val at position 163 by Ala, and a replacement of Asn at position 212 by Lys.

12. The composition according to claim 8,

wherein said fluorescent modified form comprises a replacement of Tyr at a position corresponding to position 66 of said wild-type GFP polypeptide sequence by Trp, a replacement of Ile at position 123 by Val, a replacement of Tyr at position 145 by His, a replacement of His at position 148 by Arg, a replacement of Met at position 153 by Thr, a replacement of Val at position 163 by Ala, and a replacement of Asn at position 212 by Lys.

13. The composition according to claim 1,

wherein said fluorescent modified form exhibits enhanced emission relative to said wild-type GFP polypeptide sequence.

14. The composition according to claim 13,

wherein said fluorescent modified comprises a replacement of Ser at a position corresponding to position 65 of said wild-type GFP polypeptide sequence by an amino acid selected from the group consisting of Ala, Cys, Thr, Leu, Val and Ile.

15. The composition according to claim 14,

wherein said amino acid is Cys of Thr.

16. A functional mutant fluorescent protein, comprising:

a protein with an amino acid sequence that differs from an amino acid sequence of an Aequorea wild type green fluorescent protein (SEQ ID NO:2) by at least one amino acid substitution that is at position 65, wherein said at least one substitution is either S65A, S65C, S65T, S65L, S65V, or S65I.

wherein said functional mutant fluorescent protein has an excitation or emission different from an excitation or emission spectrum of said Aequorea wild type green fluorescent protein.

17. The functional mutant fluorescent protein of claim 16,

wherein said at least one amino acid substitution that is at position 65 is S65A.

18. The functional mutant fluorescent protein of claim 17,

wherein said functional mutant fluorescent protein comprises a fusion protein.

19. The functional mutant fluorescent protein of claim 16,

wherein said at least one amino acid substitution that is at position 65 is S65C.

20. The functional mutant fluorescent protein of claim 19,

wherein said functional mutant fluorescent protein comprises a fusion protein.

21. The functional mutant fluorescent protein of claim 16,

wherein said at least one amino acid substitution that is at position 65 is S65T.

22. The functional mutant fluorescent protein of claim 21,

wherein said functional mutant fluorescent protein comprises a fusion protein.

23. The functional mutant fluorescent protein of claim 16,

wherein said at least one amino acid substitution that is at position 65 is S65L.

24. The functional mutant fluorescent protein of claim 23,

wherein said functional mutant fluorescent protein comprises a fusion protein.

## 18

25. The functional mutant fluorescent protein of claim 16,

wherein said at least one amino acid substitution that is at position 65 is S65V.

26. The functional mutant fluorescent protein of claim 25,

wherein said functional mutant fluorescent protein comprises a fusion protein.

27. The functional mutant fluorescent protein of claim 16,

wherein said at least one amino acid substitution that is at position 65 is S65L.

28. The functional mutant fluorescent protein of claim 27,

wherein said functional mutant fluorescent protein comprises a fusion protein.

29. The functional mutant fluorescent protein of claim 16,

wherein said functional mutant fluorescent protein consists of mutations S65T, M153A, and K238E.

30. The functional mutant fluorescent protein of claim 29,

wherein said functional mutant fluorescent protein comprises a fusion protein.

31. The functional mutant fluorescent protein of claim 16,

wherein said functional mutant fluorescent protein further comprises an amino acid sequence which targets said protein to the specific cellular locations.

32. A functional mutant fluorescent protein, comprising:

a protein with an amino acid sequence that differs from an amino acid sequence of an Aequorea wild type green fluorescent protein (SEQ ID NO:2) by at least one amino acid substitution that is at position 66, wherein said at least one substitution is either Y66H or Y66W, further wherein said functional mutant fluorescent protein has an excitation or emission different from an excitation spectrum or emission spectrum of said Aequorea wild type green fluorescent protein.

33. The functional mutant fluorescent protein of claim 32.

wherein said at least one amino acid substitution that is at position 66 is Y66W.

34. The functional mutant fluorescent protein of claim 33.

wherein said functional mutant fluorescent protein comprises a fusion protein.

35. The functional mutant fluorescent protein of claim 32,

wherein said at least one amino acid substitution that is at position 66 is Y66H.

36. The functional mutant fluorescent protein of claim 35.

wherein said functional mutant fluorescent protein comprises a fusion protein.

37. The functional mutant fluorescent protein of claim 32,

wherein said functional mutant fluorescent protein consists of mutations Y66H and Y145F.

38. The functional mutant fluorescent protein of claim 37.

wherein said functional mutant fluorescent protein comprises a fusion protein.

39. The functional mutant fluorescent protein of claim 32.

wherein said functional mutant fluorescent protein consists of mutations Y66W, N146I, M153T, V163A and N212K.

40. The functional mutant fluorescent protein of claim 39.

wherein said functional mutant fluorescent protein comprises a fusion protein.

41. The functional mutant fluorescent protein of claim 32.

wherein said functional mutant fluorescent protein consists of mutations Y66W, I123V, Y145H, H148R, M153T, V163A, and N212K.

42. The functional mutant fluorescent protein of claim 41.

wherein said functional mutant fluorescent protein comprises a fusion protein.

B     17  OF  18

5,777,079

19

43. A functional mutant fluorescent protein, comprising:

a protein with an amino acid sequence that differs from an amino acid sequence of an Aequorea wild type green fluorescent protein (SEQ ID NO:2) by at least one amino acid substitution in the region consisting of positions 65 and 66,

wherein said functional mutant fluorescent protein has an excitation or emission different from an excitation spectrum or emission spectrum of said Aequorea wild type green fluorescent protein.

44. The functional mutant fluorescent protein of claim 43,

wherein said functional mutant fluorescent protein exhibits an alteration in the ratio of two main excitation peaks relative to Aequorea wild type green fluorescent protein.

45. The functional mutant fluorescent protein of claim 44,

wherein said functional mutant fluorescent protein exhibits increased fluorescence at the shorter-wavelength peak of said two main excitation peaks.

46. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 202.

47. The functional mutant fluorescent protein of claim 46,

wherein said amino acid substitution that is at position 202 is S202F.

48. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 203.

49. The functional mutant fluorescent protein of claim 48,

wherein said amino acid substitution that is at position 203 is T203L.

50. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 167.

51. The functional mutant fluorescent protein of claim 50,

wherein said amino acid substitution that is at position 167 is I167 V or I167T.

52. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 153.

20

53. The functional mutant fluorescent protein of claim 52,

wherein said amino acid substitution that is at position 153 is M153T or M153A.

54. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 238.

55. The functional mutant fluorescent protein of claim 54,

wherein said amino acid substitution that is at position 238 is K238E.

56. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 145.

57. The functional mutant fluorescent protein of claim 56,

wherein said amino acid substitution that is at position 145 is Y145H or Y145F.

58. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 146.

59. The functional mutant fluorescent protein of claim 58,

wherein said amino acid substitution that is at position 146 is N146I.

60. The functional mutant fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 163 or 148.

61. The functional mutant fluorescent protein of claim 60,

wherein said amino acid substitution that is at position 163 is V163A and said amino acid substitution at position 148 is H148R.

62. The functional fluorescent protein of claim 43,

further comprising an amino acid substitution that is at position 212 or 123.

63. The functional fluorescent protein of claim 62,

wherein said amino acid substitution that is at position 212 is N212K and said amino acid substitution at position 123 is I123V.

64. The functional fluorescent protein of claim 43,

wherein said functional fluorescent protein comprises a fusion protein.

* * * * *

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>1 | DATE FILED<br>3/11/99 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>AURORA BIOSCIENCES CORPORATION, a<br>Delaware corporation | | DEFENDANT<br><br>ANTICANCER, INC., a California corporation |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5625,048 | 4/29/97 | Roger Y. Tsien |
| 2 5,777,079 | 7/7/98 | Roger Y. Tsien |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br><br>1 | DATE FILED<br><br>3/11/99 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>AURORA BIOSCIENCES CORPORATION, a<br>Delaware corporation | | DEFENDANT<br><br>ANTICANCER, INC., a California corporation |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5625,048 | 4/29/97 | Roger Y. Tsien |
| 2 5,777,079 | 7/7/98 | Roger Y. Tsien |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>1 | DATE FILED<br>3/11/99 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>AURORA BIOSCIENCES CORPORATION, a<br>Delaware corporation | | DEFENDANT<br><br>ANTICANCER, INC., a California corporation |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5625,048 | 4/29/97 | Roger Y. Tsien |
| 2 5,777,079 | 7/7/98 | Roger Y. Tsien |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner

Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner  Copy 4 - Case file copy

Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner  Copy 4 - Case file copy

Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner  Copy 4 - Case file copy

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Aurora Biosciences Corporation
a Delaware corporation

## DEFENDANTS

Anticancer, Inc.
a California corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Frederick S. Berretta
Knobbe, Martens, Olson & Bear, LLP
501 West Broadway, Suite 1400
San Diego, CA 92101

ATTORNEYS (IF KNOWN)

99 cv 387 E (POR)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is an action for patent infringement under 35 U.S.C. 271 and 281

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE
March 11, 1999

SIGNATURE OF ATTORNEY OF RECORD
Frederick S. Berretta

FOR OFFICE USE ONLY

RECEIPT # 047083 AMOUNT $150.00 APPLYING IPP _____ JUDGE _____ MAG. JUDGE _____