USDC SCAN INDEX SHEET



AXC   10/12/99   9:51
3:99-CV-00387  AURORA BIOSCIENCES V. ANTICANCER INC
*13*
*STIPO.*

**ORIGINAL**

FILED

99 OCT 12 AM 8: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1 James F. Lesniak (State Bar No. 115,889)
 Frederick S. Berretta (State Bar No. 144,757)
2 Eric S. Furman, Ph.D. (State Bar No. 199,233)
 KNOBBE, MARTENS, OLSON & BEAR, LLP
3 501 West Broadway
 Suite 1400
4 San Diego, CA 92101
 (619) 235-8550
5 (619) 235-0176 (FAX)

6 Attorneys for Plaintiff/Counterdefendant
 AURORA BIOSCIENCES CORPORATION
7

 Mark W. Danis (State Bar No. 147,948)
8 Adrian L. Barton (State Bar No. 199,844)
 MORRISON & FOERSTER, LLP
9 19900 MacArthur Blvd., 12th Floor
 Irvine, CA 92612-2445
10 (949) 251-7500
 (949)251-0900 (FAX)
11

 Attorneys for Defendant/Counterclaimant
12 ANTICANCER, INC.

13
 IN THE UNITED STATES DISTRICT COURT
14
 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16 | AURORA BIOSCIENCES CORPORATION, a Delaware corporation, | ) | Civil Action No. |
| --- | --- | --- |
| | ) | 99 CV 0387 E (POR) |
| Plaintiff, | ) | **STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) and (c); [~~PROPOSED~~] ORDER** |
| v. | ) | |
| ANTICANCER, INC., a California corporation, | ) | |
| Defendant. | ) | |
| ANTICANCER, INC., a California corporation, | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| AURORA BIOSCIENCES CORPORATION, a Delaware corporation, | ) | |
| Counterdefendant. | ) | |

ENTERED ON 10-12-99

-1-

13

Pursuant to Rule 41(a)(l) and (c) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant AURORA BIOSCIENCES CORPORATION and Defendant and Counterclaimant ANTICANCER, INC. hereby agree and stipulate to dismiss this action in its entirety, including all claims and counterclaims, with prejudice. Each party shall bear its own costs and attorney fees.

**IT IS SO AGREED AND STIPULATED.**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 30, 1999    By: _____
James F. Lesniak
Frederick S. Berretta
Attorneys for Plaintiff/Counterdefendant
AURORA BIOSCIENCES CORPORATION

MORRISON & FOERSTER, LLP

Dated: September 30, 1999    By: _____
Mark W. Danis
Adrian L. Barton
Attorneys for Defendant/Counterclaimant
ANTICANCER, INC.

**IT IS SO ORDERED.**

Dated: 10 8 99    _____
JUDGE OF THE DISTRICT COURT

S:\DOCS\FSB\FSB-1229.DOC
092899

-2-

Joint Stipulation to Dismiss Case
99 CV 0387 E (POR)